## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: McCullough v. Hanley et al.     Case Number: 17-cv-50116

An appearance is hereby filed by the undersigned as attorney for:
Defendants Hanley, Smith, Damasky, Kot

Attorney name (type or print): Michael T. Dierkes

Firm: Office of the Illinois Attorney General

Street address: 100 West Randolph St., 13th Floor

City/State/Zip: Chicago, Illinois  60601

Bar ID Number: 6274812     Telephone Number: 312-814-3672
(See item 3 in instructions)

Email Address: mdierkes@atg.state.il.us

Are you acting as lead counsel in this case?     ☑ Yes  ☐ No

Are you acting as local counsel in this case?     ☐ Yes  ☑ No

Are you a member of the court's trial bar?     ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?     ☑ Yes  ☐ No

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 15, 2017

Attorney signature:  S/ Michael T. Dierkes
(Use electronic signature if the appearance form is filed electronically.)