# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Western Division

Jack D McCullough
                         Plaintiff,

v.                                              Case No.: 3:17–cv–50116
                                                   Honorable Frederick J. Kapala

Brion Hanley, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Defendants' motions for extension of time [34] [37] are granted. Defendants City of Seattle, Ciesynski, Lau and Steiger's answers are now due 7/17/2017. Presentment of the motions set for 5/25/2017 are stricken. Initial status hearing remains set for 7/20/2017 and joint initial status report remains due 7/13/2017. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.