# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| JACK D. McCULLOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SYCAMORE, SYCAMORE PD OFFICER DANIEL HOFFMAN and SYCAMORE PD OFFICER TIFFANY ZIEGLER, et.al.<br><br>    Defendants. | Court No. 17-cv-50116<br><br>Honorable Frederick J. Kapala<br>Magistrate Judge Iain D. Johnston |

## NOTICE OF FILING

TO: All Counsel of Record

**PLEASE TAKE NOTICE THAT** on August 10, 2017, we filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, *Defendant Daniel Hoffman's Agreed Motion for Extension of Time to Answer or Otherwise Plead Plaintiff's Complaint*, a copy of which accompanies this Notice and is herewith served upon you:

            Respectfully submitted,

       By: /s/ Dominick L. Lanzito
          One of the Attorneys for Defendants

Dominick L. Lanzito
Peterson, Johnson & Murray Chicago
200 West Adams, Suite 2125
Chicago, IL. 60606
(312) 724-8035
dlanzito@pjmlaw.com

## PROOF OF SERVICE

  I, Dominick L. Lanzito, after first being duly sworn on oath, depose and state that I served this Notice of Filing together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on August 10, 2017.

            /s/ Dominick L. Lanzito