UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JACK D. McCULLOUGH,

    Plaintiff,

v.

THE CITY OF SYCAMORE, SYCAMORE
PD OFFICER DANIEL HOFFMAN and
SYCAMORE PD OFFICER TIFFANY
ZIEGLER, et.al.

    Defendants.

Court No. 17-cv-50116

Honorable Frederick J. Kapala
Magistrate Judge Iain D. Johnston

## DEFENDANT'S AGREED SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, SYCAMORE PD OFFICER DANIEL HOFFMAN, by and through his attorneys, PETERSON, JOHNSON & MURRAY - CHICAGO, LLC, and move this Honorable Court for their Second Agreed Motion for Extension of Time to Answer or Otherwise Plead, states as follows:

1. On August 11, 2017, this Court granted Officer Hoffman's motion for an extension of time to answer or otherwise plead to August 18, 2017. (Doc. No. 72).

2. On August 15, 2017, there was a phone conference with the attorneys of record, during which Plaintiff's counsel indicated that Plaintiff would seek leave to file an amended complaint, as opposed to addressing the various motions to dismiss that have been filed by Defendants.

3. Given the intention of Plaintiff to file an amended complaint, a responsive pleading to the current complaint would be futile and a misuse of resources.

4. To avoid a waste of resources and promote judicial economy, the undersigned and counsel for Plaintiff have agreed to allow Officer Hoffman to file his responsive pleading to the amended complaint once filed and a response date is set by this Court.

5. As stated, the undersigned consulted with counsel for Plaintiff, and does not oppose this motion.

6. The extension of time requested through this motion will prejudice no party and it is not intended for any improper purpose, such as to needlessly compound the expense of litigation or otherwise inconvenience the Court, parties or counsel.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully request that this Honorable Court enter an Order granting him an extension of time until such time as Plaintiff files his amended complaint after which time to file pleadings on behalf of Officer Hoffman in this matter.

    Respectfully submitted,

By: /s/ Dominick L. Lanzito
    One of the Attorneys for Defendants

Dominick L. Lanzito
Paul A. O'Grady
Peterson, Johnson & Murray Chicago
200 West Adams, Suite 2125
Chicago, IL. 60606
dlanzito@pjmlaw.com