UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Western Division

Jack D McCullough
                         Plaintiff,

v.                                               Case No.: 3:17–cv–50116
                                                     Honorable Frederick J. Kapala

Brion Hanley, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Presentment of the motion for an extension of time [73] set for 8/22/2017 is stricken and reset to 9/14/2017 at 10:00AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.