Jack D McCullough

                                  Plaintiff,

v.                                                                       Case No.: 3:17−cv−50116
                                                                           Honorable Frederick J. Kapala

Brion Hanley, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 14, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Status and motion hearing held on 9/14/2017. Plaintiff's amended complaint shall be filed by 9/25/2017. In light of the settlement with the City of Sycamore defendants, the motion to dismiss [48] and motion for extension of time [73] are denied as moot. The City of DeKalb defendants' motion to dismiss [43] and City of Seattle defendants' motion to file [64] are withdrawn. The City of Seattle defendants' motion to stay [65] is entered and continued and defendants' shall file their reply to the motion by 10/2/2017. A telephonic status hearing is set for 10/12/2017 at 1:30 PM. By 10/10/2017, counsel shall provide direct−dial telephone numbers for the hearing to the Court's operations specialist, who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.