# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| JACK D. McCULLOUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17 cv 50116 ) ) Judge Frederick J. Kapala ) |
| ILLINOIS STATE POLICE AGENT BRION HANLEY, et al., | ) ) Magistrate Judge Iain D. Johnston ) |
| Defendants. | ) |

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that on **Tuesday, October 17, 2017,** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Iain D. Johnston** in **Room 3200** of the United States District Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, Illinois and shall then and there present the attached **(1) Seattle Defendants' Motion for Leave to File *Instanter* Motion in Excess of 15 Pages and, (2) Seattle Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2).**

Dated: October 10, 2017

Respectfully submitted,

CITY OF SEATTLE, IRENE LAU, CLOYD STEIGER, MICHAEL CIESYNSKI

By: */s/ Cherie K. Getchell*
Cherie K. Getchell

Cherie K. Getchell
Seattle City Attorney's Office, Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Phone: 206-233-2158

Daniel M. Noland
Paul A. Michalik
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
*Attorneys for Defendants Irene Lau,*
*Cloyd Steiger, and Michael Ciesynski*

James G. Sotos
Elizabeth Ekl
The Sotos Law Firm
550 East Devon, Suite 150
Itasca, IL 60143
Phone: 630-735-3300
*Attorneys for Defendant Irene Lau*

# CERTIFICATE OF SERVICE

I hereby certify that on **October 10, 2017**, I electronically filed the foregoing **Notice of Motions** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record:

| | |
|---|---|
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants Clay Campbell, Victor Escarcida, Julie Trevarthen, William Engerman, and County of DeKalb, Illinois*** |
| Arthur Loevy | |
| Jon Loevy | |
| Russell Ainsworth | Terry Ekl |
| David B. Owens | Patrick Provenzale |
| Aisha N. Davis | Nemura G. Pencyla |
| Loevy & Loevy | Tracy L. Stanker |
| 311 N. Aberdeen St., 3rd Floor | Ekl, Williams & Provenzale LLC |
| Chicago, IL 60607 | 901 Warrenville Rd., #175 |
| 312-243-5900 | Lisle, IL 60532 |
| jon@loevy.com | 630-654-0045 |
| russell@loevy.com | tekl@eklwilliams.com |
| david@loevy.com | pprovenzale@eklwilliams.com |
| aisha@loevy.com | npencyla@eklwilliams.com |
| | tstanker@eklwilliams.com |
| ***Attorneys for Defendants Brion Hanley, Daniel P. Smith, Todd Damasky, Larry Kot*** | ***Attorneys for Defendants The City of Seattle, Irene Lau, Cloyd Steiger, and Michael Ciesynski*** |
| Michael T. Dierkes | Cherie Getchell |
| T. Andrew Horvat | Seattle City Attorney's Office |
| Illinois Attorney General's Office | 701 5th Avenue, Suite 2050 |
| 100 W. Randolph St., 13th Floor | Seattle, WA 98104 |
| Chicago, IL 60601 | 206-233-2158 |
| 312-814-3672 | cherie.getchell@seattle.gov |
| mdierkes@atg.state.il.us | |
| thorvat@atg.state.il.us | |
| ***Attorneys for Defendant Irene Lau*** | |
| James G. Sotos | |
| Elizabeth A. Ekl | |
| The Sotos Law Firm, P.C. | |
| 550 East Devon Avenue, Suite 150 | |
| Itasca, IL 60143 | |
| 630-735-3300 | |
| jsotos@jsotoslaw.com | |
| eekl@jsotoslaw.com | |

*/s/ Cherie K. Getchell*