Jack D McCullough
                            Plaintiff,

v.                                                         Case No.: 3:17–cv–50116
                                                              Honorable Frederick J. Kapala

Brion Hanley, et al.
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Status and motion hearing held on 10/12/2017. City of Seattle and Seattle employee defendants' motion for leave to file excess pages [86] is granted. Defendants shall file their proposed Rule 12(b)(6) motion as a separately docketed entry by 10/18/2017. The briefing schedules on the proposed Rule 12(b)(6) motion attached to [86] and motion to dismiss [85] are set as follows: Response due 11/6/2017. Replies due 11/20/2017. Presentment of the motion to dismiss and motion for leave set for 10/17/2017 are stricken. City of DeKalb defendants' are granted leave to file a 25–page motion to dismiss which shall be filed by 11/6/2017 with briefing as follows: Response due 12/12/2017; Reply due 12/27/2017. City of DeKalb defendants and City of Seattle defendants initial disclosures and document production to be produced by 11/14/2017. The ISP defendants initial disclosures and document production to be produced by 11/6/2017. The ISP's response to plaintiff's subpoena is due 12/11/2017. Parties may submit a proposed protective order by way of Judge Johnston's proposed order email portal. Telephonic status hearing set for 12/19/2017 at 1:30 PM. Counsel are directed to call 1–888–557–8511 and use the access code of 2660444 for the 12/19 hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.