IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Jack D. McCullough, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 17 CV 50116 |
| v. ) | |
| ) | Magistrate Judge Iain D. Johnston |
| Brion Hanley, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

    Before the Court is Defendants' Motion to Stay [65] brought on behalf of the City of Seattle, Irene Lau, Cloyd Steiger, and Michael Ciesynski ("Defendants"). After considering the information submitted in the parties' briefs and the arguments of counsel, the Court grants, in part, and denies, in part Defendants' Motion to Stay. Discovery may proceed as directed during the October 12, 2017, status hearing. Discovery by way of third-party subpoenas may also proceed. Moreover, parties interested in obtaining information from the underlying criminal court file should immediately take steps to lift the seal in that case.

    At the next status hearing on December 19, 2017, the Court anticipates allowing Rule 34 production requests to be served, and will discuss with the parties whether depositions of third-party witnesses can and should proceed. This plan will allow targeted discovery to proceed expeditiously without implicating an individual defendant's Fifth Amendment rights. The briefing on the various motions to dismiss as well as this discovery will keep counsel fully engaged. There is no sense in allowing additional discovery that might implicate Fifth Amendment spats when there is plenty of other work that can be done at this stage.

Dated: October 13, 2017        By: _____
                                                          Iain D. Johnston
                                                           United States Magistrate Judge