Jack D McCullough
                        Plaintiff,

v.                                                     Case No.: 3:17−cv−50116
                                                    Honorable Frederick J. Kapala

Brion Hanley, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2017:

      MINUTE entry before the Honorable Frederick J. Kapala: Pursuant to agreed stipulation of parties, all claims asserted against defendants City of Sycamore, Daniel Hoffman, Tiffany Ziegler, and All Unknown Sycamore Officers are dismissed from this case with prejudice, with each party to bear their own attorneys' fees and costs.Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.