UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division

Jack D McCullough
        Plaintiff,

v.              Case No.: 3:17−cv−50116
               Honorable Frederick J. Kapala

Brion Hanley, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

  MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 12/19/2017 and continued to a telephonic status hearing set for 1/11/2018 at 2:00 PM. Counsel are directed to call 1−888−557−8511 and use the access code of 2660444 for the 1/11/2018 hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.