Jack D McCullough
                           Plaintiff,

v.                                               Case No.: 3:17−cv−50116
                                               Honorable Frederick J. Kapala

Brion Hanley, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Attorney James Sotos' motion for leave to withdraw his appearance for defendant Irene Lau [125] is granted. The clerk is directed to terminate the appearance of Mr. Sotos. The motion presentment set for 2/6/2018 is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.