UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division

Jack D McCullough
                      Plaintiff,

v.                                              Case No.: 3:17–cv–50116
                                          Honorable Frederick J. Kapala

Brion Hanley, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 12, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The Seattle defendants filed a motion for an extension of time [129], but did not set it for presentment as is required by Local Rule 5.3(b). Accordingly, the motion is stricken without prejudice. See Local Rule 78.2. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.