IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JACK D. McCULLOUGH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17 cv 50116 |
| | ) Judge Frederick J. Kapala |
| ILLINOIS STATE POLICE AGENT BRION HANLEY, et al., | ) Magistrate Judge Iain D. Johnston |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, February 15, 2018,** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Iain D. Johnston** in **Room 3200** of the United States District Court for the Northern District of Illinois, Western Division, 327 S. Church Street, Rockford, Illinois and shall then and there present the attached **Seattle Defendants' Motion to Expand Time to Answer Discovery.**

Date: February 12, 2018

Respectfully submitted,

/s/ Elizabeth A. Ekl
Elizabeth A. Ekl, Attorney No. 06242840
*Attorney for Irene Lau*

/s/ *Daniel M. Noland*
Daniel M. Noland, Attorney No. 6231175
*One of the Attorneys for Cloyd Steiger, and Michael Ciesynski*

Ghazal Sharifi
Seattle City Attorney's Office, Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Phone: 206-233-2158
ghazal.sharifi@seattle.gov

Daniel M. Noland
Paul A. Michalik
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
Phone: 312-982-0090
*Attorneys for Defendants City of Seattle, Irene Lau,*

*Cloyd Steiger, and Michael Ciesynski*

Elizabeth A. Ekl
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
Phone: 312-982-0090
*Attorney for Defendant Irene Lau*

## **CERTIFICATE OF SERV ICE**

      I, Elizabeth A. Ekl, hereby certify that on February 12, 2018, I caused to be served a copy of the foregoing Seattle Defendants' Notice of Motion to be serve on all counsel of record via CM/ECF electronic filing.


                                                /s/ Elizabeth A. Ekl