# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Western Division

Jack D McCullough

                Plaintiff,

v.                                     Case No.: 3:17−cv−50116
                                       Honorable Frederick J. Kapala

Brion Hanley, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The status hearing previously set for 2/15/2018 at 1:30 PM is reset to 10:00 AM to coincide with the presentment of the motion for an extension of time [131]. Counsel shall appear in person for both the motion and status hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.