**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division**

Jack D McCullough

                        Plaintiff,

v.                                                 Case No.: 3:17−cv−50116
                                                    Honorable Frederick J. Kapala

Brion Hanley, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 25, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Attorney Kerala Cowart's motion for leave to appear pro hac vice [141] is granted. Ms. Cowart shall file her appearance by 4/27/2018. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.