# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Western Division

Jack D McCullough

                    Plaintiff,

v.                                                  Case No.: 3:17−cv−50116
                                                    Honorable Frederick J. Kapala

Brion Hanley, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

    MINUTE entry before the Honorable Frederick J. Kapala: This case is removed from Judge Kapala's August 24, 2018 motion call. Plaintiff Jack D. McCullough is directed to file an amended notice of motion resetting the motion for leave to file second amended complaint [172] before Magistrate Judge Iain D. Johnston on one of his regular motion calls. Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.