# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISON

| | |
|---|---|
| JACK D. McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:17-cv-50116 |
| ) | |
| ILLINOIS STATE POLICE AGENT ) | Honorable Frederick J. Kapala |
| BRION HANLEY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

**To:** All Defendants

Please take notice that on Tuesday, August 28, 2018 at 10:00 a.m., counsel for Plaintiff shall appear before the Honorable Judge Iain D. Johnston in his usual courtroom, at 327 South Church Street in Rockford, Illinois, and present Plaintiff Jack McCullough's Motion for Leave to file his Second Amended Complaint.

Respectfully Submitted,

/s/ Aisha N. Davis
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
David B. Owens
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)

## **CERTIFICATE OF SERVICE**

      I, Aisha N. Davis, an attorney, hereby certify that on August 21, 2018, I caused the foregoing **Notice of Motion** to be filed via the Court's CM/ECF electronic filing system and thus effected service on all counsel of record.

                                                                               /s/ Aisha N. Davis