UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

Jack D McCullough
        Plaintiff,

v.              Case No.: 3:17−cv−50116
              Honorable Frederick J. Kapala

Brion Hanley, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2018:

  MINUTE entry before the Honorable Iain D. Johnston: On the plaintiff's motion for leave to amend [172], futility is a basis upon which to decide whether to grant leave. See Right Field Rooftops, LLC v. Chicago Cubs Baseball Club, LLC, 870 F.3d 682, 693 (7th Cir. 2017). However, because this Court is without authority to determine dispositive issues, it declines to opine on futility, and so the defendants should instead raise their arguments in any motion under Rule 12. The motion for leave to amend [172] is therefore granted. The plaintiff shall file the Second Amended Complaint as a separately−docketed entry by 9/5/2018. The defendants shall answer by 9/19/2018 and raise any argument for partial dismissal under Fed. R. Civ. P. 12(c). The defendants may file a successive motion under Rule 12(c) if warranted after the Seventh Circuit's decision in Manuel. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.