UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

Jack D McCullough
                              Plaintiff,

v.                                                    Case No.: 3:17−cv−50116
                                                              Honorable Frederick J. Kapala

Brion Hanley, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 5, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The parties to the pending motion to quash [163] have jointly requested a continuance of the motion to allow them additional time to attempt to resolve their dispute. In light of their request, presentment of the motion to quash [163] set for 9/6/2018 is stricken, and is reset to 10/4/2018 at 10:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.