Jack D McCullough
                           Plaintiff,

v.                                                  Case No.: 3:17−cv−50116
                                                 Honorable Frederick J. Kapala

Brion Hanley, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The DeKalb County Public Defender's Office's motion for a continuance [191] is agreed and granted as modified. The hearing on the motion to quash [163] previously set for 10/4/2018 is stricken and is reset to 11/15/2018 at 10:00 AM. By 11/8/2018 counsel shall file a joint statement identifying whether they have resolved the motion to quash, or whether disputes remain outstanding. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.