3651.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| JACK D. McCULLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS STATE POLICE AGENT BRION HANLEY, et al.,<br><br>Defendants. | No.: 17-cv-50116<br><br>Honorable Frederick J. Kapala<br>Courtroom 5300<br><br>Magistrate Judge Iain D. Johnston<br>Courtroom 5200 |

## NOTICE OF FILING/MOTION AND CERTIFICATE OF SERVICE

TO:   See attached Service List

**YOU ARE HEREBY NOTIFIED** that on **Monday, October 15, 2018,** I have electronically filed with the Clerk of the United States District Court, Northern District, Western Division, the following: **DEKALB DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

**YOU ARE FURTHER NOTIFIED** that I shall appear before the Honorable Iain D. Johnston, in courtroom **5200** on the **18th** day of **October 2018,** at **10:00am**, or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I, Tracy Stanker, hereby certify that I have served this notice and the attached document by electronic means to the persons named above this **15th** day of **October 2018.**

Dated:   Monday, October 15, 2018

/s/ Terry A. Ekl [ #0727105 ]
**Ekl, Williams & Provenzale** LLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-1624
(630) 654-8318 *Facsimile*

*Attorneys for Defendants, County of DeKalb, Illinois, Clay Campbell, Victor Escarcida, and Julie Trevarthen*

## SERVICE LIST

Jonathan I. Loevy
Arthur R. Loevy
Aisha Nicole Davis
David Benjamin Owens
Russell R. Ainsworth
Ruth Z. Brown
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
arthur@loevy.com
aisha@loevy.com
david@loevy.com
russell@loevy.com
ruth@loevy.com
*Attorneys for Plaintiff, Jack D. McCullough*

| | |
|---|---|
| Terry A. Ekl | Michael T. Dierkes |
| Patrick L. Provenzale | T. Andrew Horvat |
| Tracy Stanker | Sarah H. Newman |
| Nemura Pencyla | Michael C. Stephenson |
| Ekl, Williams & Provenzale LLC | Office of the Illinois Attorney General |
| Two Arboretum Lakes | 100 West Randolph Street, 13th Floor |
| 901 Warrenville Road, Suite 175 | Chicago, IL 60601 |
| Lisle, IL 60532 | (312) 814-3672 |
| (630) 654-0045 | mdierkes@atg.state.il.us |
| (630) 654-8318 *Facsimile* | THorvat@atg.state.il.us |
| tekl@eklwilliams.com | snewman@atg.state.il.us |
| pprovenzale@eklwilliams.com | mstephenson@atg.state.il.us |
| tstanker@eklwilliams.com | *Attorneys for Defendants, ISP Agent Brion Hanley, Sergeant Daniel P. Smith, ISP Agent Todd Damasky and ISP Agent Larry Kot* |
| npencyla@eklwilliams.com | |
| *Attorneys for Defendants, County of DeKalb, Illinois, Clay Campbell, Victor Escarcida, Julie Trevarthen and William Engerman, Former DeKalb County State's Attorney* | |

| | |
|---|---|
| Elizabeth A. Ekl<br>Daniel Matthew Noland<br>Paul A. Michalik<br>Reiter Burns LLP<br>331 South Wacker Drive, Suite 5200<br>Chicago, IL 60606<br>(312) 982-0090<br>eekl@reiterburns.com<br>dnoland@reiterburns.com<br>pmichalik@reiterburns.com<br>*Attorneys for Defendants, City of Seattle, Cloyd Steiger, Irene Lau, and Michael Ciesynski* | Ghazal Sharifi<br>Kerala Thie Cowart<br>Seattle City Attorney's Office<br>701 Fifth Avenue<br>Seattle, WA 98104<br>(206) 684-8217<br>ghazal.sharifi@seattle.gov<br>kerala.cowart@seattle.gov<br>*Attorneys for Defendants, The City of Seattle, Cloyd Steiger, Irene Lau, Michael Ciesynski* |