3651.000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **JACK D. McCULLOUGH,**<br><br>Plaintiff,<br><br>v.<br><br>**ILLINOIS STATE POLICE AGENT BRION HANLEY,** et al.**,**<br><br>Defendants. | No.: **17-cv-50116**<br><br>Honorable Frederick J. Kapala<br>Courtroom 5300<br><br>Magistrate Judge Iain D. Johnston<br>Courtroom 5200 |

## AGREED MOTION TO WITHDRAW
## DEKALB DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

NOW COME Defendants, Clay Campbell, Victor Escarcida, Julie Trevarthen, and William Engerman (hereinafter "DeKalb Defendants"), by and through their attorneys, Ekl, Williams & Provenzale LLC, and for their Motion to Withdraw Motion for a Protective Order [**Dkt. 193**] state as follows:

On October 15, 2018, the DeKalb Defendants filed a Motion for Protective Order [**Dkt. 193**]. The DeKalb Defendants and Plaintiff have come to an agreed compromise concerning the location of the DeKalb Defendants' depositions. Therefore, the subject matter of the DeKalb Defendants' Motion for Protective Order is moot and the DeKalb Defendants seek to withdraw the Motion.

Respectfully submitted by:

By: s/ **Terry A. Ekl**
Terry A. Ekl [ #00727105 ]
Ekl, Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-1624
(630) 654-8318 *Facsimile*
tekl@eklwilliams.com