UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

Jack D McCullough
                               Plaintiff,

v.                                                           Case No.: 3:17−cv−50116
                                                          Honorable Frederick J. Kapala

Brion Hanley, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 9, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status report [198] received and reviewed. Supplemental report on the status of the dispute raised in the motion to quash subpoena shall be filed by 11/21/2018. The hearing on the motion to quash [163] previously set for 11/15/2018 is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.