# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MCCULLOUGH, | ) |
| Plaintiff, | ) |
| | ) Case No.: 17-cv-50116 |
| vs. | ) |
| | ) Hon. Frederick J. Kapala |
| | ) Magistrate Judge Iain D. Johnston |
| HANLEY et al., | ) |
| Defendant. | ) |

## SUPPLEMENTAL JOINT STATUS REPORT REGARDING MOTION TO QUASH SUBPOENA

Per the Court's order (Dkt. No. 199), the Illinois State Police Defendants and subpoena recipients Thomas McCulloch and Crystal Harrolle, in their capacity as representatives of the DeKalb County Public Defender's Office, submit this supplemental report on the status of the subpoena recipients' motion to quash (Dkt. No. 163). The parties have resolved the issues identified in the motion to quash. The subpoena recipients are reviewing and will produce additional documents. Therefore, the subpoena recipients wish to withdraw their motion to quash, and the Illinois State Police Defendants to not object.

Respectfully submitted,

*/s/ Michael T. Dierkes*
Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois  60601
(312) 814-3672
Counsel for the ISP Defendants

*/s/ Jessica Cushard*
Jerrod L. Barenbaum
Jessica Cushard
Hinshaw & Culbertson LLP
100 Park Ave.
P.O. Box 1389
Rockford, Illinois 61105-1389
(815) 490-4900
Counsel for Subpoena Recipients McCulloch and Harrolle