# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

Jack D McCullough

                     Plaintiff,

v.                                        Case No.: 3:17−cv−50116
                                           Honorable Frederick J. Kapala

Brion Hanley, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 21, 2018:

       MINUTE entry before the Honorable Iain D. Johnston: Status report [200] received and reviewed. The DeKalb County Public Defender's Office's motion to quash [163] is shown as withdraw. Telephonic status hearing remains set for 12/20/2018 at 1:30 PM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.