## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISON

| | |
|---|---|
| JACK D. McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:17-cv-50116 |
| ) | |
| ILLINOIS STATE POLICE AGENT BRION ) | Honorable Frederick J. Kapala |
| HANLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Plaintiff, JACK D. McCULLOUGH, by and through his attorneys, LOEVY & LOEVY, and moves to withdraw Aisha Nicole Davis as counsel for Plaintiff. In support, Plaintiff states as follows:

1. Attorney Aisha Nicole Davis has concluded her employment at Loevy & Loevy, the law firm that represents Plaintiff, Jack McCullough, in the above referenced matter.

2. Plaintiff will continue to be represented by Jon Loevy, Arthur Loevy, Russell Ainsworth, and David Owens.

3. No prejudice will ensue to Plaintiffs or any other party if Ms. Davis is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an order permitting the withdrawal of Aisha Nicole Davis' appearance as counsel in this matter.

RESPECTFULLY SUBMITTED,

/s/ Russell Ainsworth
Russell Ainsworth
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
David Owens
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:    (312) 243-5902

# CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on December 14, 2018, I served this **Motion to Withdraw Appearance** on all counsel of record via the Court's CM/ECF system.

/s/ Russell Ainsworth
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
David Owens
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:    (312) 243-5902