IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISON

| | |
|---|---|
| JACK D. McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:17-cv-50116 |
| ) | |
| ILLINOIS STATE POLICE AGENT BRION ) | Honorable Frederick J. Kapala |
| HANLEY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# NOTICE OF MOTION

**To:** **All Counsel of Record**

Please take notice that on Friday, December 28, 2018 at 9:00 a.m. counsel for Plaintiff shall appear before the Honorable Frederick J. Kapala in his usual courtroom, at 327 South Church Street, Rockford, IL, 61101, and present Plaintiff's Motion to Withdraw Appearance.

        Respectfully submitted,

        RESPECTFULLY SUBMITTED,

        /s/ Russell Ainsworth
        Russell Ainsworth
        Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
David Owens
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:    (312) 243-5902

# CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on December 14, 2018, I served this **Motion to Withdraw Appearance** on all counsel of record via the Court's CM/ECF system.

/s/ Russell Ainsworth
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
David Owens
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:    (312) 243-5902