Jack D McCullough
                    Plaintiff,

v.                                              Case No.: 3:17-cv-50116
                                                Honorable Frederick J. Kapala

Brion Hanley, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2018:

MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 12/20/2018. Any motion regarding the plaintiff's deposition shall be filed by 1/11/2019 and set for presentment on Judge Johnston's regular motion call. Telephonic status hearing set for 3/7/2019 at 1:30 PM. Counsel are directed to call 1-888-557-8511 and use the access code of 2660444 for the 3/7/2019 hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.