# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| JACK D. McCULLOUGH, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:17 cv 50116 |
| v. | ) |
| | ) Judge John J. Tharp, Jr. |
| ILLINOIS STATE POLICE AGENT BRION HANLEY, et al., | ) Magistrate Judge Iain D. Johnston |
| Defendants. | ) |

## SEATTLE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, City of Seattle, Detectives Cloyd Steiger, Irene Lau, and Michael Ciesynski, ("Seattle Defendants"), by their attorneys, pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court for entry of summary judgment on all claims against them. In support thereof, Seattle Defendants state as follows:

1. Plaintiff's lawsuit arises from his arrest, prosecution and conviction for the abduction and murder of seven-year-old Maria Ridulph in 1957.

2. Plaintiff alleges the following claims against the Seattle Defendants:

   Counts I[1] and IV – Fabrication of Evidence pursuant to the Fourteenth Amendment;

   Count III – Failure to Intervene;

   Count V – Unreasonable Pretrial Detention pursuant to the Fourth Amendment;

   Count VI - Conspiracy to Deprive Constitutional Rights;

   Count VII – State Law Malicious Prosecution;

   Count VIII – State Law Intentional Infliction of Emotional Distress ("IIED");

   Count IX – State Law Civil Conspiracy;

---

[1] Plaintiff's due process claim against Seattle Defendants in Count I based on the alleged "suppression of exculpatory material" under *Brady* was previously dismissed by Judge Kapala in his ruling on our motion to dismiss. Dkt. 149 at 11-12. While Count IV is specifically entitled "fabrication of evidence," Count I arguably includes allegations also suggesting fabrication of evidence.

Count X – State Law *Respondeat Superior*;

Count XI – State Law Indemnification. (SAC, Dkt. 181).

3. Plaintiff has been unable to develop evidence to support his claims against the Seattle Defendants, including any evidence that they violated plaintiff's Fourth or Fourteenth Amendment rights, maliciously prosecuted plaintiff, intentionally inflicted emotional distress, conspired with the other defendants to fabricate evidence, or failed to intervene.

4. In support of this motion, Seattle Defendants rely upon their Memorandum of Law in Support of Summary Judgment and their Rule 56.1 Statement of Undisputed Material Facts.

WHEREFORE, Defendants, City of Seattle, Detectives Cloyd Steiger, Irene Lau, and Michael Ciesynski, respectfully request that this Court grant their motion for summary judgment in its entirety in their favor, for costs, and grant any further relief deemed just and equitable.

Respectfully submitted,

s/ Daniel M. Noland
One of the Attorneys for Defendants,
City of Seattle, Irene Lau, Cloyd Steiger,
and Michael Ciesynski

Ghazal Sharifi
Kerala T. Cowart
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 233-2158


Daniel M. Noland
Elizabeth A. Ekl
Reiter Burns LLP
311 South Wacker Drive
Suite 5200
Chicago, IL 60606
(312) 982-0090

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing *Seattle Defendants' Motion for Summary Judgment*, with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record:

***Attorneys for Plaintiff***
Jon Loevy
Russell Ainsworth
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
jon@loevy.com
russell@loevy.com
ruth@loevy.com

***Attorneys for Defendants Clay Campbell, Victor Escarcida, Julie Trevarthen, William Engerman, and County of DeKalb, Illinois***
Terry A. Ekl
Patrick Provenzale
Tracy L. Stanker
Nemura G. Pencyla
Ekl, Williams & Provenzale LLC
901 Warrenville Rd., #175
Lisle, IL 60532
630-654-0045
tekl@eklwilliams.com
pprovenzale@eklwilliams.com
tstanker@eklwilliams.com
npencyla@eklwilliams.com

***Attorneys for Defendants The City of Seattle, Irene Lau, Cloyd Steiger, and Michael Ciesynski***
Ghazal Sharifi
Kerala T. Cowart
Seattle City Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104
206-233-2158
ghazal.sharifi@seattle.gov
kerala.cowart@seattle.gov

***Attorneys for Defendants Brion Hanley, Daniel P. Smith, Todd Damasky, Larry Kot***
Michael T. Dierkes
Sarah H. Newman
Michael C. Stephenson
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
312-814-3672
312-814-5484 (Horvat)
mdierkes@atg.state.il.us
snewman@atg.state.il.us
mstephenson@atg.state.il.us

/s/ Daniel M. Noland