1        IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT

2                  DEKALB COUNTY, ILLINOIS

3

4  THE PEOPLE OF THE STATE    )    COPY
    OF ILLINOIS,            )

5      Plaintiff,          )
                     )  CASE NO. 11 CF 454

6        vs.            )
                     )

7  JACK D. McCULLOUGH,     )
                     )

8  Defendant.         )

9       REPORT OF PROCEEDINGS of the trial before the

10   HONORABLE JAMES HALLOCK, on the 11th of September,

11   2012.

12

13       APPEARANCES:

14            MR. CLAY CAMPBELL,
             DeKalb County State's Attorney,

15            MR. VICTOR ESCARCIDA and
             MS. JULIE TREVARTHEN,

16            Assistant State's Attorneys,
             for the People of the State of Illinois.

17

18            MR. THOMAS McCULLOCH,
             DeKalb County Public Defender, and

19            MR. ROBERT CARLSON,
             Assistant Public Defender,

20            for the defendant.

21                        FILED

22                      JAN 2 5 2013

23  SANDRA FOORD, CSR 084-003025
    Official Court Reporter         Maureen A. Josh
    DeKalb County Courthouse     Clerk of the Circuit Court
                         DeKalb County, Illinois

24

EXHIBIT 5

Plaintiff 004231

```
1                           INDEX
2
3       WITNESSES                    D     C    RD    RC
4       Mary Chapman                 4    26    57    63
5       Katheran Caulfield          66    98   113
6       James J. Furlong           119   128
7       Dennis Twadell             133   141
8       Jeanne Tessier             149   161
9       Janet Tessier              170   183   188   190
10      Brion Hanley               192   199
11
12
13
14
15
16      NUMBER                 MARKED      RECEIVED
17      People's Exhibit No. 78                 65
18      People's Exhibit No. 9                 115
19      People's Exhibit No. 10                127
20      People's Exhibits Nos. 76 and 77       132
21      Defendant's Exhibit No. 1    146
22      People's Group Exhibit No. 1           199
23      People's Exhibits Nos. 3 and 4         199
24
```

Plaintiff 004232

```
 1                    (The following proceedings were had
 2                       in open court.)
 3
 4        THE COURT:  Good morning, ladies and gentlemen.
 5    As we finished yesterday we finished up a witness
 6    and for the record all the attorneys are present.
 7    The investigator for the defense is present and
 8    we're waiting for the defendant.
 9        Let the record reflect the defendant is now
10    present, and at this time I'll invite the State to
11    call its next witness.
12        MS. TREVARTHEN:  Thank you, Judge.  The People
13    would call Kathy Sigman.
14        THE COURT:  Ma'am, if you'd like to come over in
15    front of the clerk to be sworn.
16                    (Witness sworn.)
17        THE COURT:  Thank you very much.  You may have a
18    seat here in the witness stand.
19        And the State may proceed.
20        MS. TREVARTHEN:  Thank you, Judge.
21
22
23
24
```

4

```
 1                      MARY CHAPMAN,

 2      called as a witness on behalf of the People, being

 3      first duly sworn, was examined and testified as

 4      follows:

 5                     DIRECT EXAMINATION

 6

 7      BY MS. TREVARTHEN:

 8          Q.  Good morning, ma'am.

 9          A.  Good morning.

10          Q.  Could you please state your first and last

11      name and spell both for court reporter?

12          A.  Mary Chapman, M-a-r-y C-h-a-p-m-a-n.

13          Q.  Do you go by Mary Katherine?

14          A.  No.  I go by Kathy.

15          Q.  Thank you.  Kathy, what's your date of

16      birth?

17          A.  September 25, 1949.

18          Q.  Where do you live, ma'am?

19          A.  I live in St. Charles, Illinois.

20          Q.  And how long have you lived there?

21          A.  In St. Charles?

22          Q.  Yes.

23          A.  Twenty-three years.

24          Q.  How are you employed?
```

Plaintiff 004234

```
 1        A.  I am employed at Bison Air & Engineering in
 2   St. Charles.
 3        Q.  What do you do for them?
 4        A.  I am the assembler for a small motor
 5   company.
 6        Q.  How long have you worked there?
 7        A.  I have worked there seven years.
 8        Q.  Are you married?
 9        A.  I should say six and a half.  I'm sorry.
10        Q.  Okay.
11        A.  Yes, I am married.
12        Q.  And your married name again, your last name?
13        A.  Chapman.
14        Q.  And your maiden name?
15        A.  Sigman.
16        Q.  Do you have any children?
17        A.  I have three children.
18        Q.  Where were you born?
19        A.  I was born in Sycamore.
20        Q.  Where were you raised?  Where did you grow
21   up?
22        A.  I grew up on Archie Place in Sycamore.
23        Q.  I'd like to draw your attention specifically
24   to the year of 1957?
```

```
 1          A.  Correct.

 2          Q.  So you said your birthday was September

 3     25th; is that correct?

 4          A.  That's correct.

 5          Q.  So you turned eight years old; is that

 6     correct, in --

 7          A.  '57.

 8          Q.  -- 1957?  And you indicated that you lived

 9     on Archie Place?

10          A.  Yes, I did.

11          Q.  What was the address?

12          A.  646 1/2 Archie Place.

13          Q.  With whom did you live?

14          A.  I had my mom and dad and an older brother

15     and a younger brother.

16          Q.  Where did you go to school?

17          A.  I went to school at West School right across

18     the street from my house.

19          Q.  In 1957 what grade were you in?

20          A.  I was in third grade.

21          Q.  Can you describe that neighborhood for the

22     Court where you lived on Archie Place?

23          A.  It was a nice, quiet street with kids to

24     play with and just happy-go-lucky place to grow up.
```

```
 1        Q.  Did you have a lot of friends in the
 2   neighborhood?
 3        A.  We had friends.  I wouldn't say a lot, but I
 4   think there was more girls -- more boys than girls
 5   in the neighborhood.
 6        Q.  There were a lot of children in the
 7   neighborhood?
 8        A.  I wouldn't say a lot; maybe a handful.
 9        Q.  Did all the children play together or were
10   there specific groups of kids, some kids would play
11   together, others would stick to themselves or can
12   you describe that for us, please?
13        A.  We had a few select friends that we played
14   with, but lots of times it was up to the parents if
15   they would let us out.
16        Q.  Did you have any friend in particular in the
17   neighborhood with whom you played?
18        A.  Yeah.  I played with Maria Ridulph.
19        Q.  Okay.
20        A.  She lived just right down my street, so I
21   was allowed to play.
22        Q.  Maria Ridulph lived on Archie Place as well;
23   is that correct?
24        A.  Yes, she did.
```

1          Q.  How many houses down from you, if you

2     remember, did Maria live?

3          A.  I think five houses.

4          Q.  Would it be fair to say you spent a lot of

5     time with Maria?

6          A.  I think we did.

7          Q.  Were you in the same grade as Maria?

8          A.  No.  I think Maria was in second grade.

9          Q.  You were a year older or ahead in school?

10         A.  I was a year older, yes.

11         Q.  What did you and Maria like to play?  What

12    did you do together?

13         A.  Played with dolls.  We played across the

14    street on the swing set at the school.  We played

15    hopscotch, Kick the Can; all those little games that

16    kids do back in the '50's.

17         MS. TREVARTHEN:  May I approach the witness,

18    Judge?

19         THE COURT:  Sure.

20         MS. TREVARTHEN:  Thank you.

21    BY MS. TREVARTHEN:

22         Q.  Ma'am, I'm showing you what's been

23    previously marked as People's Exhibit No. 79 for

24    identification purposes.  Can you take a look at

1    that?

2        A.  It's myself and Maria, with a birthday cake

3    for Maria.

4        THE COURT:  Excuse me, ma'am.  You have to speak

5    up loud enough so the court reporter can hear you

6    and all the folks here can hear you.

7        A.  (Continuing.)  This is a picture of Maria

8    and myself with her birthday cake.

9    BY MS. TREVARTHEN:

10       Q.  Is that a picture of the two of you when you

11   were little and lived together on Archie Place?

12       A.  This was a picture of Maria's birthday when

13   she turned seven.

14       Q.  Does that truly and accurately depict

15   yourself and Maria back in 1957?

16       A.  Yes, that is definitely myself and Maria.

17       Q.  Thank you.  And now you talked about some of

18   the games and some of the activities that you and

19   Maria liked to play.  Were there -- was there any

20   other game in particular that you and Maria or you

21   and other children in the neighborhood would play

22   outside?

23       A.  Yes; a game called Duck the Cars.

24       Q.  Now, I'd like to direct your attention even

1   more specifically to December 3rd of 1957.  Do you

2   recall what you did on that day?

3       A.  It was a Tuesday.  It was a school day.  I

4   went to school and came home after school to play,

5   and Maria and I played after we got home from school

6   at her house.

7       Q.  Okay.  You played in Maria's house after

8   school.  Did you at some point go home?

9       A.  I went home for dinner at probably 5

10  o'clock, had dinner at 5:30.  It was a typical

11  dinnertime for our --

12      Q.  You usually had a set dinnertime?

13      A.  At our house, yes.

14      Q.  And that was at 5:30?

15      A.  Right.

16      Q.  Did you see Maria again after you went home

17  and ate dinner?

18      A.  Yes.  It was starting to snow outside, so I

19  asked if I could go back to Maria's house and play

20  in the snow.

21      Q.  Were you allowed to go outside again?

22      A.  I was allowed to go back to her house.

23      Q.  You did go to Maria's house?

24      A.  I went to Maria's house.

1    Q.  Okay.

2    A.  And we went outside to play.

3    Q.  When you say "we", you're referring to

4    yourself and --

5    A.  To Maria and myself went out to play Duck

6    the Cars.

7    Q.  Okay.  And when you and Maria went outside

8    to play Duck the Cars, where did you go to play this

9    game?

10   A.  On the corner of Archie and Center Cross.

11   Q.  Do you recall which corner you were on --

12   A.  The corner --

13   Q.  -- direction-wise?

14   A.  -- with Archie -- Archie Place's pole,

15   street sign.

16   Q.  Okay.  Can you describe for the Court

17   exactly what the game of Duck the Cars entailed, how

18   you played it?

19   A.  Sure.  It's a game where we would run around

20   and hang onto the pole and wait for the cars coming

21   up the street so we could run behind the tree and

22   hide before those lights of the cars would hit our

23   bodies and light us up.

24   Q.  Can you describe this tree for us,

1    specifically its location in relationship to the

2    street and its size?

3       A.  It's -- ask the question again, please.

4       Q.  Can you describe that corner, where you

5    played the game?

6       A.  The corner had --

7       Q.  Specifically the tree?

8       A.  Okay.  The corner had a streetlight on it

9    and it had a great big tree on it.  Not very far

10    from the corner of the street was the tree that we

11    would go hide behind.

12       Q.  And you hid behind that tree?

13       A.  Right.

14       Q.  To play Duck the Cars?

15       A.  To play Duck the Cars.

16       Q.  That evening of December 3, 1957, what, if

17    anything, happened while you and Maria were playing

18    Duck the Cars?

19       A.  There was a person, a man that came down

20    from the south walking by himself and approached us.

21       Q.  And when this man approached you and Maria,

22    what, if anything, happened?

23       A.  He asked if we liked dolls and would we like

24    a piggyback ride.

1    Q.  Before we talk about that, can you please

2    describe for the Court what this man looked like?

3    A.  This man was a slender face with hair that

4    had a flip in the side -- in the side of it and he

5    had large teeth.

6    Q.  Okay.  And you talked about the streetlight.

7    Now, was it dark outside after dinner December 3rd

8    when you were out playing with Maria?

9    A.  Very dark, very dark but streetlights on the

10   corner of Archie and Center Cross.

11   Q.  Okay.  Can you describe how well-lit or can

12   you describe the lighting condition --

13   A.  We stood on the corner with that light

14   shining down.  We could -- we -- we weren't actually

15   very dark because that light was on top of us.

16   Q.  So the corner was well-lit.  Would that be

17   fair?

18   A.  The corner was lit.

19   Q.  Do you recall what this man was wearing?

20   A.  This man was wearing a sweater with lots of

21   colors in it.

22   Q.  And when he approached you and asked

23   yourself and Maria if you liked dollies or piggyback

24   rides, did he introduce himself to you?

Plaintiff 004243

1          A.  He introduced himself as Johnny.

2          Q.  Did you know who this person Johnny was?

3          A.  No, I had never seen Johnny before.

4          Q.  To your recollection had -- so you had never

5     seen him before?

6          A.  No.

7          Q.  When he asked about the dollies or the

8     piggyback rides, what, if anything, happened next?

9          A.  Maria took a piggyback ride up the street

10    with Johnny.

11         Q.  Do you recall what direction they went or

12    what street?

13         A.  They went up the same way Johnny had come

14    from when he first approached us.

15         Q.  So --

16         A.  Which would be from the south.

17         Q.  Okay.

18         A.  He went towards the south.

19         Q.  And after they walked towards the south,

20    now, was Maria on Johnny's back?

21         A.  Yes.

22         Q.  So they went back in the same direction

23    where he came from, south; correct?

24         A.  Correct.

1     Q.  And then what happened?

2     A.  They came back to the corner.

3     Q.  Okay.

4     A.  And --

5     Q.  And after they come back to the corner what,

6  if anything, happened next?

7     A.  Maria went home to get her doll that he

8  asked us for.  He asked if we liked dolls, and Maria

9  went home to get a doll.

10    Q.  As Maria went home to get her doll what, if

11  anything, did you and Johnny do?

12    A.  I do not remember anything except for

13  watching her go home and waiting for her to come

14  back.

15    Q.  And while you were standing at the corner

16  watching Maria what, if anything, did you observe?

17    A.  I observed Johnny.

18    Q.  And how was it that you were able to observe

19  Johnny?

20    A.  By standing in that streetlight.

21    Q.  How far away from that corner was Maria's

22  house?

23    A.  She lived three doors away.

24    Q.  So can you approximate for us how long it

1    was that you stood on that corner under that light

2    looking at Johnny?

3       A.  A minute or two.  Maria ran home to get the

4    doll and ran back.

5       Q.  Now, had you been to Maria's house before?

6       A.  Lots of times, yes.

7       Q.  Okay.  Did Maria have a special place in the

8    house where she kept her dolls or kept her toys?

9       A.  Her little play area was right inside the

10   front door.

11      Q.  Did Maria return to the corner?

12      A.  Maria returned with her doll.

13      Q.  And when Maria comes back to the corner with

14   the doll where you're standing with Johnny, what, if

15   anything, happens next?

16      A.  My hands are very cold because when I came

17   to her house I didn't have my mittens so I --

18      Q.  I'm sorry.  Can you repeat that?

19      A.  I came -- I did not have my mittens when I

20   went out to play and my hands were cold, and I went

21   home to get my mittens.

22      MS. TREVARTHEN:  May I approach, Judge?

23      THE COURT:  Sure.

24      MS. TREVARTHEN:  Thank you.

BY MS. TREVARTHEN:

Q. Ma'am, I'm now showing you what's been previously marked for identification purposes People's Exhibit No. 78. Can you take a look at that for me and let me know if you recognize that picture and tell me if you do recognize it what it is that you recognize it to be?

A. This is myself showing the mittens that I went home to get.

Q. And does that truly and accurately depict you with those mittens in 1957?

A. Yes, it is. My goodness.

Q. Thank you, ma'am. Now, after you went home to get your mittens did you go back to the corner?

A. I went back to the corner looking for Maria. She should still be there.

Q. And was she there?

A. She was not there.

Q. After you returned to the corner and Maria is no longer there what, if anything, did you do next?

A. I went back to Maria's house to ask her brother if she had come home.

Q. Okay. And without telling me what anybody

1    said after you went to Maria's house to check if she

2    was there, what did you do next?

3         A.  Her brother asked me to go back out and look

4    for her again, "she must still just be hiding from

5    you".

6         Q.  And did you, in fact, go back out and look

7    for Maria again?

8         A.  Yes, I did.

9         Q.  Were you able to find Maria?

10        A.  No, I did not find her.

11        Q.  After you looked for her the second time and

12   couldn't find her what did you do next?

13        A.  I went home to my parents' house.

14        Q.  Without telling me specifically what you

15   said to anybody, what did you do when you got home?

16        A.  I had to tell my mom about Johnny and Maria.

17        Q.  After you told your mom about Johnny and

18   Maria, what's the next thing you remember?

19        A.  Having the police come to my house to ask

20   myself the information that I had told my parents.

21        Q.  Did you, in fact, give that same information

22   to the police?

23        MR. McCULLOCH:  Judge, I'd object --

24        A.  I told --

1        MR. McCULLOCH:  -- to the characterization the

2    same information.

3        THE COURT:  Sustained.  Rephrase your question.

4        MS. TREVARTHEN:  Thank you, Judge.

5    BY MS. TREVARTHEN:

6        Q.  Did you give information to the police?

7        A.  I gave the information to the police of what

8    had happened.

9        Q.  Thank you.  Was that the only time you

10    talked to the police after December 3, 1957?

11        A.  No.

12        Q.  Can you approximate for the Court how many

13    times you spoke with the police?

14        A.  On a daily basis every day while --

15        Q.  Do you know for how long approximately?

16        A.  Seems like three or four months.

17        Q.  Were the police -- in addition to being at

18    your house to speak with you, did you have any other

19    contact with the police during this period of time?

20        A.  I had contact with the FBI, the police.

21        Q.  What was that contact?  Can you describe

22    that for us?

23        A.  It was being taken to watch line-ups or a

24    few line-ups of men, of men in books, of any

1    suspects that they could have me view.

2       Q. Okay. Before we get to that did the police

3    ever escort you anywhere?

4       A. Yes.

5       Q. Where?

6       A. To the police stations, to any place that

7    they had -- that they thought they had a line-up

8    that I could see.

9       Q. Did the police after Maria went missing ever

10    accompany you to common everyday activities at all?

11       A. Yes. They accompanied me to Sunday School.

12       Q. Okay.

13       A. Which was the First Baptist Church in

14    Sycamore.

15       Q. Was that on a regular basis that they

16    accompanied you?

17       A. At least once or twice that I can remember.

18       Q. Okay. Now, you specifically mentioned the

19    police showing you line-ups or books?

20       A. Yes.

21       Q. Is it fair to say that you're talking about

22    them showing you pictures in an effort to determine

23    who Johnny was?

24       A. They wanted me to see if I could pick him

1    out of a line-up, if I could --

2        Q.  And can you estimate -- and I know it was a

3    long time ago.  Can you estimate for the Court how

4    many photographs you were shown?

5        A.  Thousands of photographs.

6        Q.  Were you ever shown a photograph of the man

7    named Johnny who stood under that light on the

8    corner with you?

9        A.  No, I had never seen his picture.

10       Q.  Now, I want to fast forward to 2010, okay?

11   In 2010, specifically September, were you contacted

12   by law enforcement?

13       A.  I was contacted by Brion Hanley of the State

14   Police of Illinois.

15       Q.  Did you have an opportunity to speak with

16   him?

17       A.  He came to my house and asked me if I could

18   remember anything of the disappearance of Maria

19   Ridulph.

20       Q.  Again without telling us specifically what

21   you said or what he said, did you relay that

22   information to Brion Hanley of the Illinois State

23   Police?

24       A.  I gave him the exact information that I can

1    remember back from 1957 to him.

2         Q.  Did Brion Hanley show you a photo line-up?

3         A.  Brion Hanley showed me a photo line-up.

4         Q.  And before showing you the photo line-up,

5    did he go over some instructions with you?

6         A.  Yes, he did.

7         MS. TREVARTHEN:  May I approach again, Judge?

8         THE COURT:  Yes.

9         MS. TREVARTHEN:  Thank you.

10   BY MS. TREVARTHEN:

11        Q.  Ma'am, I'm now showing you what's been

12   previously marked as People's Exhibit No. 3 for

13   identification purposes.  Can you take a look at

14   that and let me know if you recognize that?

15        A.  This is my signature on September 9, 2010.

16        Q.  Is that a form that Brion Hanley of the

17   Illinois State Police went over with you?

18        A.  Yes, it is.

19        Q.  And did he show that to you prior to having

20   you view the photo line-up?

21        A.  Yes, he did.

22        Q.  Thank you, ma'am.

23        THE COURT:  Excuse me.  That date was?

24        MS. TREVARTHEN:  I'm sorry.  This is September

1    9th.

2        THE COURT:  Yes, thank you.  That's what I had.

3    BY MS. TREVARTHEN:

4        Q.  Ma'am, do you recall the first day when you

5    indicated that Brion Hanley came to your home and

6    spoke with you, do you remember the date by any

7    chance?

8        A.  It was September 1, 2010.

9        Q.  And the date that -- did he come back to

10   your house?

11       A.  He came back to my house eight days later.

12       Q.  So that was on September 9th?

13       A.  Yes, it was.

14       Q.  And that was the day that you were shown the

15   photo line-up?

16       A.  Correct.

17       Q.  Is that correct?

18       MS. TREVARTHEN:  May I approach again, Judge?

19       THE COURT:  Yes.

20       MS. TREVARTHEN:  Thank you.

21   BY MS. TREVARTHEN:

22       Q.  Ma'am, I'm showing you what's been

23   previously marked as State's Group Exhibit No. 1.

24   I'm going to show you six photographs that are

1    marked No. 1A, B, C, D and F.  Now, can you describe

2    for us before I put the pictures down how were the

3    pictures shown to you by Brion Hanley?

4       A.  They were laying on a coffee table.

5       Q.  Can you describe for us how he laid them out

6    on the table?

7       A.  One at a time.

8       Q.  I don't have a lot of room here, but I'm

9    going to lay them down in front of you.  This is the

10   photo line-up of the series of photographs that you

11   were shown by Brion Hanley?

12      A.  Yes, it was.

13      Q.  Were you able to identify one of those

14   photographs as being the man named Johnny who was at

15   that corner on December 3, 1957, with yourself and

16   Maria?

17      A.  Yes, I was.

18      Q.  And can you please point to the photograph

19   that you picked out as being Johnny?

20      A.  This photo right there.

21              (Indicating.)

22      MS. TREVARTHEN:  Judge, I'd ask that the record

23   reflect that she's chosen the third photograph from

24   the left.

1          THE COURT:  Let the record reflect that she has

2     chosen the third photograph from the left.

3          And is there a letter on that photograph for the

4     record?

5          MS. TREVARTHEN:  There is, Judge.  That is No.

6     1D.

7          WITNESS:  D.

8          THE COURT:  Okay.

9     BY MS. TREVARTHEN:

10         Q.  Ma'am, is there any writing on the front of

11    that photograph?

12         A.  It has my signature that this is the person

13    that I identified as Johnny.

14         Q.  Were you asked to put your signature on that

15    photograph after you identified that as being the

16    individual?

17         A.  Yes, I was.

18         Q.  Ma'am, when was the last time you had seen

19    that face?

20         A.  1957, December 3rd.

21         MS. TREVARTHEN:  Thank you, ma'am.

22         I don't have any further questions for this

23    witness, Judge.  Thank you.

24         THE COURT:  Thank you.

```
 1        At this time I'll invite the defense do you have
 2     any cross-examination of this witness?
 3        MR. McCULLOCH:  Yes, sir, I do.  Can I speak to
 4     the clerk first?
 5        THE COURT:  Sure.
 6
 7                     CROSS-EXAMINATION
 8
 9     BY MR. McCULLOCH:
10        Q.  Good morning.
11        A.  Good morning.
12        Q.  May I refer to you as Kathy?
13        A.  Yes, you can.
14        Q.  Thank you.  Kathy, as I understand things,
15     you were a resident of Sycamore for how many years
16     before moving?
17        A.  I was in Sycamore -- I moved away from
18     Sycamore in 1969.
19        Q.  But you were born here in '49?
20        A.  '49.
21        Q.  And so you were basically a resident for 20
22     years?
23        A.  Yes.
24        Q.  And you lived in the same address on Archie?
```

1      A.   Until 1961.

2      Q.   Okay.  But in terms of the material times as

3   far as they relate to this case you were --

4      A.   A Sycamore resident.

5      Q.   -- a Sycamore resident, an Archie resident,

6   a neighborhood kid; is that right?

7      A.   That's correct.

8      Q.   And your neighborhood as it was sort of

9   defined you went to school across the street?

10     A.   Correct.

11     Q.   So we talking about 25 yards away out your

12   front door to the schoolyard?

13     A.   Yes.

14     Q.   And slightly to the east of your house is a

15   street called Center Cross, as I understand it; is

16   that right?

17     A.   That is right.

18     Q.   Center Cross is also a state road Route 23?

19     A.   Correct.

20     Q.   And as you proceed down or south on state

21   road 23 or Center Cross there was a store down

22   there; is that right?

23     A.   Yes.

24     Q.   What was the name of that store?

1      A.  I don't remember.

2      Q.  How about if I said Ferguson's, would that

3  ring a bell?

4      A.  I remember the man that ran the store.  His

5  name was Bernie.

6      Q.  Was that a place that you neighborhood kids

7  went to periodically?

8      A.  Yes, we went to that store.

9      Q.  And there were other kids from the

10  neighborhood that went to that store?

11      A.  Correct.

12      Q.  And there were kids that played on that

13  playground from the neighborhood; is that right?

14      A.  Yes.

15      Q.  When we say "that playground", we're talking

16  about the West Elementary School?

17      A.  Right.

18      Q.  Now, I understand that West Elementary

19  School has changed over some time; is that right?

20      A.  Yes.

21      Q.  And so the place that is now probably more

22  of the playground was where the school building used

23  to sit and the place that is where the building is

24  now was more of a playground area; is that correct?

Plaintiff 004258

1    A.   The swing sets are still in the same spot.

2    Q.   And that's where you guys played?

3    A.   Yes.

4    Q.   Or partly?

5    A.   Partly.

6    Q.   And there were young kids that played on

7    that playground.  There were older kids; is that

8    right?

9    A.   That playground had two sets of sides, one

10   for the little kids, one for the older kids.

11   Q.   And so the kids came to the playground and

12   played I guess is the point and the sides were there

13   to be used --

14   A.   The side -- yes.

15   Q.   Used if you wanted and if you wanted to play

16   Kick the Can, you could play with older kids; is

17   that right?

18   A.   That's right.

19   Q.   Now, in 1957 or thereabouts did you have a

20   TV at home?

21   A.   I think we did.  I'm not sure.

22   Q.   Started to just come into being, but would

23   it be fair to say that kids were more oriented

24   toward playing outside or being with friends?

1    A.  We played outside if we had the chance.

2    Q.  So it isn't like today where we sit down in

3    front of our TVs and stay indoors all the time?

4    A.  No.

5    Q.  And so that's the way it was in 1957 when

6    you were eight and Maria was seven; is that right?

7    A.  Yes.

8    Q.  And Archie was a quiet street as you

9    described it.  It was basically a small street that

10   ran from Center Cross to Fair Street; is that right?

11   A.  Yes, it is.

12   Q.  And the buildings were being built but

13   things -- the neighborhood is just as it is today,

14   sort of the way it was then; is that right?

15   A.  Really it is the same.  Nobody comes down

16   Archie Place if you do not live there.  It's just a

17   quiet street.

18   Q.  But people drive up and down Center Cross,

19   Route 23 a great deal; is that right?

20   A.  Correct.

21   Q.  So in terms of the circumference of your

22   play area -- does that make sense?  It's sort of a

23   weird way to express it, but like did you go up to

24   Fair Street, did you go south to the store?

```
 1        A.  We didn't go to the store.

 2        Q.  Okay.  But you said earlier that you had

 3   been?

 4        A.  As an older person I went to the store, but

 5   we could not walk that far to the store.

 6        Q.  All right.  You mean when you were seven or

 7   eight?

 8        A.  No.

 9        Q.  When was it you were allowed to go to the

10   store?

11        A.  Maybe when we were ten or 11.

12        Q.  Now, do you recall the earliest time that

13   you recall being with Maria and her being your

14   friend?

15        A.  From the time I was probably five.

16        Q.  So this is a period of time two or three

17   years before this incident?

18        A.  I -- I think so.

19        Q.  And if it was two or three years before

20   then, it was a time when Maria was four years old?

21        A.  Yeah.

22        Q.  And you and she used to play on a daily

23   basis?

24        A.  I would agree, yes.
```

1    Q.  Back in the day that's when kids went to

2    school in the morning session and an afternoon

3    session and probably came home for lunch in between;

4    is that right?

5    A.  Yes.

6    Q.  You had it easy because you just had to

7    cross Archie Street to get home for lunch?

8    A.  Right.

9    Q.  So you had extra time.  You could play on

10   the playground, you could play in your yard, you

11   know, before the afternoon session, for example?

12   A.  I don't remember.

13   Q.  You could certainly play in the playground

14   after school and before coming home for dinner?

15   A.  No.  We played -- we would come straight

16   home from school.

17   Q.  Straight home is, what, 25 yards or so?

18   A.  That's right, but we had to come home from

19   school first before we could go out and play.

20   Q.  Now, the game of Duck the Cars, how long had

21   that gone on?

22   A.  Maybe 15 minutes.

23   Q.  I mean the game itself, not that --

24   A.  Oh.

1      Q.  I'm sorry.

2      A.  Since we were little kids.  It was just

3  something we created.

4      Q.  How does someone win that game or is

5  there --

6      A.  There is no winning to the game.

7      Q.  It's just you play till you get tired --

8      A.  Yeah.

9      Q.  -- and went home?  All right.

10      On that particular day, though, you said it was

11  a Tuesday.  You had already played with Maria.  You

12  had dinner and because of the snow it was -- you

13  asked permission to come back out again in the

14  evening; is that right?

15      A.  That's right.

16      Q.  And since it was December would it be fair

17  to say that it got dark early?

18      A.  Yes, it is.

19      Q.  And would it be fair to say that after

20  dinner it was dark outside?

21      A.  Yes, it was.

22      Q.  And it was at least cold enough to be making

23  snow; is that right?

24      A.  Yes.

1      Q.  How much snow fell that day?

2      A.  A trace.  It had just started snowing the

3  first -- first snowfall of the year.

4      Q.  Okay.

5      A.  It wasn't sticking to the ground yet.

6      Q.  And when you and Maria went down to the

7  intersection of Center Cross and Archie to play Duck

8  the Cars, how long were you there?

9      A.  I'd say 15, 20 minutes, half an hour.

10     Q.  In terms of clock time what time was it when

11  you got there?

12     A.  Before six.  Right before six, I would say.

13     Q.  And what time was it when you left to go get

14  your mittens?

15     A.  I do not know what time it was.

16     MR. McCULLOCH:  May I approach the witness,

17  Judge?

18     THE COURT:  Sure.

19  BY MR. McCULLOCH:

20     Q.  With respect to -- let's do this first.

21  People's Exhibit No. 78 reflects you showing some

22  mittens?

23     A.  Yes, it does.

24     Q.  Those would be the mittens that you went

1      home to get that night; is that right?

2          A.  Yes, it is.

3          Q.  That obviously was not taken on December 3,

4      1957, but this was done by you and some newspaper

5      people at a time after that?

6          A.  That I don't know.  I mean, it was taken

7      after -- after Maria's disappearance.  I do not know

8      when.

9          Q.  Can you tell me how much later?

10         A.  I don't know what the date was, but it was

11     probably the next day, the day after.

12         Q.  When you say probably, we're just

13     estimating.  Is that fair to say?

14         A.  I'm estimating that it was taken after the

15     day Maria disappeared.

16         Q.  I'm guessing you wouldn't have thought to

17     show your mittens or your hands before Maria

18     disappeared; is that right?

19         A.  That's right.

20         Q.  Okay.  So sometime afterwards; is that --

21         A.  Sometime afterwards.

22         Q.  Now, with respect to People's Exhibit No.

23     80, you were shown this photograph earlier; correct?

24         A.  No, I haven't seen this photograph.

```
 1          Q.  What does that photograph portray?

 2          A.  That photograph portrays the street corner,

 3      the tree, the alley.

 4          Q.  Okay.

 5          A.  Maria's house, Maria's house right there.

 6                    (Indicating.)

 7          Q.  Okay.  And the street sign would be the

 8      vertical --

 9          A.  That's the pole.

10          Q.  -- pole, and on top of that if we had X-ray

11      vision it would tell us?

12          A.  Archie Place.

13          Q.  Archie Place or Center Cross or both?

14          A.  Yes.

15          Q.  Now, the next thing after you kids have been

16      playing outside you said you saw a man coming from

17      the south?

18          A.  Yes.

19          Q.  Correct?

20          A.  Correct.

21          Q.  And it was a man, not a boy?

22          A.  It was an older person.

23          Q.  An older person.  And coming from the south

24      meaning from the area that you've indicated had the
```

1    store, that direction; is that correct?

2        A.  Would be coming from DeKalb Avenue which is

3    from that direction, yes.

4        Q.  That man was walking?

5        A.  Yes, he was walking towards us.

6        Q.  And there were cars passing in the street on

7    Route 23?

8        A.  Yes.  It's a highway.

9        Q.  Okay.  And the man walked up to you and

10   Maria and asked you do you like dolls and would you

11   like a piggyback ride?

12       A.  First of all, he told us his name was

13   Johnny.

14       Q.  Okay.  And then he asked if you liked dolls

15   and you'd like a piggyback ride?

16       A.  Correct.

17       Q.  Any other conversation that you recall?

18       A.  Not at this time, no, I don't remember any

19   conversations with him.

20       Q.  Would you -- strike that.

21       There's nothing unusual about people walking

22   down Center Cross street back in 1957; is that

23   correct?

24       A.  No, no.

1    Q.  Nothing unusual about having a conversation

2    with a person you didn't know?

3    A.  No.  This was a safe time in our lives.

4    Q.  And we'll get back to that, but within a

5    matter of hours you were speaking to some policemen

6    about what it is you had seen; is that correct?

7    A.  Yes.

8    Q.  And those policemen were asking you to give

9    descriptive information; is that correct?

10   A.  That's correct.

11   Q.  Would it be fair to say that there is a

12   difference in your mind between 24 and 25 years old

13   and 17?

14   A.  Not as an eight-year-old child, no.

15   Q.  Would it be fair to say that there's a

16   difference between 30 years of age and someone who

17   is 17?

18   A.  I don't think the age was -- had entered in

19   my mind.  I just know the shape of the face, the

20   hair.

21   Q.  Excuse me.  There's no question pending.

22   So to you the age was unimportant; correct?

23   A.  I wouldn't -- I don't know if it would be

24   unimportant.  The question is -- I don't know how to

1    answer the question.

2       Q.  Did it seem important to you -- excuse me.

3    Did it seem important to you that the police thought

4    age was important?

5       A.  I think they wanted the description that I

6    could give of him.

7       Q.  So did they suggest ages to you?

8       A.  That I don't remember.

9       Q.  And certainly there were many contacts

10    between the police and I include the FBI and

11    yourself over the next three or four months; is that

12    correct?

13       A.  That's correct.

14       Q.  You were shown I believe you said thousands

15    of pictures; is that right?

16       A.  All the mug shots that I went through, yes.

17       Q.  Okay.  Now, when you say thousands, you mean

18    a thousand or do you mean 3,000 or 5,000 or what's

19    the --

20       A.  Makes no difference.  It was a lot of

21    pictures.

22       Q.  And you were driven I think by FBI agents to

23    Wisconsin to view a line-up, were you not?

24       A.  To Madison, Wisconsin.

1      Q.  And I assume that for a seven-year-old kid

2   or eight in your case getting a drive with the FBI

3   is a memorable experience?

4      A.  It was getting to be very old at this time.

5   I was not happy to be having to do this all day

6   every day.

7      Q.  But it was something that was memorable to

8   you; is that right?

9      A.  I remember it, yes.

10      Q.  Did your parents go?

11      A.  I think my father went.

12      Q.  And you went to Madison, Wisconsin.  Yes?

13      A.  Yes.

14      Q.  And you knew that you were being taken there

15   for a reason; is that right?

16      A.  Yes.

17      Q.  And the reason as you understood it was to

18   see if you could identify someone?

19      A.  Correct.

20      Q.  What was the manner in which you were shown

21   people?

22      A.  I was shown behind a mirror.

23      Q.  Like a one-way glass kind of arrangement?

24      A.  Correct.

Plaintiff 004270

1      Q.  And how many people were on the other side?

2      A.  Six or seven.

3      Q.  And how many people were on your side?

4      A.  I don't remember.

5      Q.  Well, can we assume your father was there?

6      A.  My father, the police officers, everybody

7   involved with my taking myself up there.

8      Q.  All right.  And the FBI.  Are we including

9   them in with the police officers?

10      A.  Yes.

11      Q.  As a result you told them that you

12   recognized someone; is that correct?

13      A.  No.

14      Q.  Did you pick someone out?

15      A.  I do not believe I picked anybody out.

16      Q.  But there was someone of interest in that

17   line-up; is that correct?

18      MS. TREVARTHEN:  Objection, Judge.

19      THE COURT:  Sustained.

20   BY MR. McCULLOCH:

21      Q.  And when you left that line-up, where did

22   you go?

23      A.  I don't remember.  Back home, I would

24   presume.

Plaintiff 004271

1     Q.  Now, when you met the strange man on the

2     street December 3rd, about what time was that?

3     A.  Around 6 o'clock.

4     Q.  And about what time do you recall it being

5     when your parents called the police that night?

6     A.  Probably 7:30.

7     Q.  Probably?

8     A.  I could not tell you the time.  I am --

9     7:30.

10    Q.  And we're picking that as a time because

11    that -- you sort of estimate times that you were

12    doing things.  Is that fair to say?

13    A.  That's -- that's correct.

14    Q.  At the risk of beating a dead horse, what

15    time was it that the police showed up at your house?

16    A.  It's in the records.  I'd say 7:30, 8

17    o'clock.

18    Q.  When you say it's in the records, in

19    connection with your testimony here today or at any

20    time have you been shown those records?

21    A.  No.

22    Q.  So you've never seen an FBI report?  You've

23    never seen a Sycamore Police Department report?

24    A.  I do not remember the exact time my mother

Plaintiff 004272

1  called the police which would have been the exact

2  time.

3       Q.  Right, but my question is you've never been

4  shown a report?

5       A.  No.  Do not recall of ever being shown a

6  report.

7       Q.  You said today that when you met the

8  stranger and he introduced himself as Johnny you

9  didn't know him?

10      A.  No, sir.

11      Q.  How tall was he?

12      A.  To a little kid he was a grown-up to me.

13      Q.  How heavy was he?

14      A.  Not very heavy; a slender person.

15      Q.  In terms of pounds?

16      A.  I'm a child of eight.  I would say probably

17  150.

18      Q.  How was -- what was his -- what were the

19  shoes or boots or whatever that the fellow was

20  wearing?

21      A.  I do not know the shoes or the boots.  I was

22  -- I do not know the shoes or the boots.

23      Q.  What kind of pants did he have on?

24      A.  In my recollection it would have been jeans.

```
1        Q.  Anything unusual about his belt or belt
2   buckle?
3        A.  He had a sweater on.
4        Q.  That's --
5        A.  That's what I remember.
6        Q.  That's hardly the answer to the question
7   about belt or belt buckle?
8        A.  I don't remember the belt buckle at this
9   time.  I do not remember a belt buckle.
10       Q.  How about scars or marks?
11       A.  No marks on his face.
12       Q.  How about on his hands?
13       A.  No marks on his hands.
14       Q.  How about tattoos?
15       A.  He had a sweater on.
16       Q.  Did they cover his hands?
17       A.  Covered his arms.
18       Q.  When you were present with Maria and this
19   stranger --
20                  (Building construction noise.)
21       THE COURT:  The dental office moved in next
22   door.
23                  (Laughter.)
24   BY MR. McCULLOCH:
```

1    Q.  By the way, you said that you had never met
2    this person before; is that right?
3        A.  That's right.
4        Q.  Now, when Maria took her piggyback ride, you
5    stood there at the intersection of Archie and Center
6    Cross or in that area and watched that all occur; is
7    that right?
8        A.  That's right.
9        Q.  Didn't think anything unusual of that?
10       A.  No, not at all.
11       Q.  When Maria and this strange man came back,
12   Maria went off to her home as you've described; is
13   that right?
14       A.  That's right.
15       Q.  And you stayed there with the fellow not
16   having any conversation?
17       A.  I cannot recall the conversation we had.  We
18   were both waiting for Maria to come back with her
19   doll.
20       Q.  Did you have a doll?
21       A.  No.
22       Q.  When you left, did you leave to go get a
23   doll?
24       A.  No, sir.

Plaintiff 004275

```
1        Q.  Did you ever return with a doll?

2        A.  No, I did not.

3        Q.  Did you tell police at that time or during

4   that investigation that you had left to get a doll?

5        A.  I had left to get my mittens.

6        Q.  But I'm asking you did you tell them that

7   you had left to get a doll?

8        MS. TREVARTHEN:  Objection, Judge.  The witness

9   has asked and answered the question.

10       THE COURT:  Sustained.

11  BY MR. McCULLOCH:

12       Q.  Now, when Maria returned, then you yourself

13  left; is that right?

14       A.  Yes.

15       Q.  And that left them at the intersection and

16  you going west on Archie; is that right?

17       A.  Yes, it was.

18       Q.  Did you ever look back?

19       A.  I don't remember looking back.

20       Q.  So you just went home and got your mittens?

21       A.  Correct.

22       Q.  Correct?  And when you returned, Maria was

23  not there?

24       A.  No, she was not.
```

Plaintiff 004276

1      Q.  In the trace amounts of snow that had fallen

2  did you notice any footprints?

3      A.  I went home -- no, I didn't notice any

4  footprints.

5      Q.  You went home to Maria's house and you

6  talked to her brother; is that right?

7      A.  Yes, it was.

8      Q.  You came back outside?

9      A.  Yes.

10      Q.  You yelled her name, you wandered around for

11  a while and then you went back to your mom's house;

12  correct?

13      A.  Yes.

14      Q.  We've talked about the line-up in Milwaukee.

15  How many other line-ups did you attend?

16      A.  A lot, a lot of line-ups.

17      Q.  Can we say a lot means more than 20 or less

18  than 20?

19      A.  More than 20.

20      Q.  More than 40?

21      A.  You're asking me something that could be

22  documented, I suppose, because my parents had to let

23  me go every time they asked me to go with them.

24      Q.  So your answer to my question is you don't

1    know a number?

2        A.  There was probably a hundred times I went to

3    see line-ups.

4        Q.  In your initial report from December 3rd or

5    4th did you report that there were -- strike that.

6        Your report was that there was no tooth missing

7    in this person's mouth; is that correct?

8        MS. TREVARTHEN:  Objection, Judge.  This has all

9    been ruled to be hearsay.

10       MR. McCULLOCH:  But she may have a recollection.

11       THE COURT:  Overruled.  She might have a

12   recollection.

13   BY MR. McCULLOCH:

14       Q.  Did you report and recall that the person

15   was not -- had a full set of teeth, I guess is the

16   way to say it?

17       A.  I don't remember.

18       Q.  Did you report later on that the tooth was

19   missing?

20       A.  I do not think so.

21       Q.  In your initial reports to police

22   authorities did they ask you to develop a

23   description based on your father's age or height or

24   weight or an agent's age or height or weight or

1    people around you that could be compared with?

2        A.  You're asking me if I remember if they asked

3    me if I compared these guys?

4        Q.  Yes.

5        A.  I don't remember them comparing them with my

6    parents.

7        Q.  How tall was your father?

8        A.  5'7".

9        Q.  Did you tell the agents that the Johnny you

10   saw was about the same height as your father?

11       MS. TREVARTHEN:  Objection, Judge.  This has

12   been asked and answered.  She doesn't know.

13       THE COURT:  Sustained.

14   BY MR. McCULLOCH:

15       Q.  Now, directing your attention to September

16   of the year 2010, you were first contacted by an

17   agent from the State Police; is that right?

18       A.  That's correct.

19       Q.  Contact occurred face to face or over the

20   phone?

21       A.  Face to face.

22       Q.  So he showed up at your door, at your place

23   of work?  How did that happen?

24       A.  He showed up at my house around 6 o'clock on

1    September 1, 2010.

2      Q.  Did he identify himself?

3      A.  Yes, he did.

4      Q.  Tell you his role in this case?

5      A.  Yes, he did.

6      Q.  Talk to you about what it is you could

7    remember some 50-plus years later?

8      A.  Yes, he had told me that this was about

9    Maria Ridulph's disappearance.

10      Q.  And did he then -- did you have a

11    conversation with him?

12      A.  Yes, I had a conversation.

13      Q.  How long did that conversation take place in

14    your living room?

15      A.  An hour and a half.

16      Q.  Was he alone or did he have another officer

17    with him?

18      A.  He had another officer with him.

19      Q.  Agent Hanley was one officer?

20      A.  Yes.

21      Q.  Who is the other guy?

22      A.  I do not remember the officer's name.

23      Q.  Did Hanley do most of the talking and the

24    other guy do most of the sitting?

1    A.  Yes.

2    Q.  When he came back some eight days later you

3  certainly knew what he was there to do; is that

4  right?

5    A.  Yes, I did.

6    Q.  Now, he showed you some form and you signed

7  that; is that right?

8    A.  Yes, I did.

9    Q.  He laid out the photos somehow; is that

10  right?

11    A.  Correct.

12    Q.  Now, can you tell me if those photos were

13  top to bottom or left to right?

14    A.  They were laid out on the coffee table one

15  at a time.

16    Q.  When you say one at a time, did he deal them

17  out like cards, A, B, C and take one back?

18    A.  Yes, he dealt them out as a deck of cards.

19    Q.  Okay.  So when he got through, there were

20  six cards in front of you facing?

21    A.  Not exactly.

22    Q.  Well, how exactly?

23    A.  He would put one out and I would look at it

24  and that was not the person.

1    Q.  Okay.

2    A.  He would take it away.

3    Q.  And so they were like an individual show-up,

4    if you will.  Does that sound right?

5    A.  Yes.

6    Q.  So when you went through these six photos,

7    you eliminated some three of them right away; is

8    that right?

9    A.  Correct.

10    Q.  Now, just so that everyone's clear, these

11    photos look like -- how old were the fellows in the

12    photos?

13    A.  They were of high school vintage pictures.

14    Q.  1950 --

15    A.  Graduation pictures of individuals.

16    Q.  Did you recognize some of those individuals?

17    A.  Only one.

18    Q.  And did you recognize of those five other

19    people people that you knew from Sycamore?

20    A.  No.

21    Q.  Now, when you eliminated three of those

22    pictures, that left three to go; is that right?

23    A.  That's right.

24    Q.  And then you reduced it to two to go; is

1      that right?

2          A.  Yes.

3          Q.  And what you told the agent was that from

4      the best of your recollection "This is the one I

5      pick".  Is that fair to say?

6          A.  From my recollection -- from seeing that

7      picture that was the picture of Johnny that I had

8      never seen until that day.

9          Q.  And you told the officer that based on your

10     best recollection this is the guy?

11         A.  That's right.

12         Q.  That picture was slightly different than

13     other pictures, is it not -- is that fair to say?

14         A.  No.  It was the picture of Johnny.

15         Q.  But it's different than the other five

16     pictures; correct?

17         A.  No.  It was a picture that I had chosen.

18         Q.  I understand that.

19         Let me start I guess at the top here.  1A.

20     That's what you describe as a typical high school

21     graduation photograph?

22         THE COURT:  Excuse me.  For the record this is

23     People's Group Exhibit 1?

24         MR. McCULLOCH:  But the individual 1A, yes.

```
 1          THE COURT:  I'm just trying to get the record
 2     complete.
 3          MR. McCULLOCH:  Okay.
 4     BY MR. McCULLOCH:
 5          Q.  I forgot where I was.  Okay.  1A is
 6     representative of what you described as a high
 7     school yearbook photo; is that right?
 8          A.  Correct.
 9          Q.  So you got kids in what appears to be a
10     suit, a white shirt looking off slightly at an angle
11     with combed hair; correct?
12          A.  Correct.
13          THE COURT:  Please speak up a little louder.
14          A.  (Continuing.)  Yes.
15          MR. McCULLOCH:  I'm sorry.
16     BY MR. McCULLOCH:
17          Q.  And the background on the high school
18     graduation photo is what, white?
19          A.  On this picture?
20          Q.  Yes.
21          A.  Yes, it's white.
22          Q.  I can't tell you if it's a wall or a white
23     screen behind them?
24          A.  No, you can't.
```

1    Q.  But whatever the school yearbook photo guy

2  was using that day, that's what's there.

3    A.  That's what was there.

4    Q.  And if we go with 1B, again, sort of the

5  typical high school graduation yearbook photo;

6  correct?

7    A.  Just a picture, just a picture of somebody

8  I've never seen.

9    Q.  Was wearing a white shirt and a coat?

10    A.  Yep, he is.  I'm not looking at --

11    Q.  Hair combed?

12    A.  Yeah.

13    Q.  White background?  No missing teeth?

14    A.  No missing teeth.

15    Q.  How about 1F, same deal, guy looking off to

16  the right, suit, white shirt, white background;

17  correct?

18    A.  Correct.

19    Q.  No missing teeth?

20    A.  No.

21    Q.  1E, white guy, white shirt, dark suit, light

22  background?

23    A.  Somebody I've never seen.

24    Q.  Looking off.  No missing teeth.

1      1C, white guy, white shirt, dark suit, white
2   background; correct?
3      A.  Correct.
4      Q.  Looking off, no missing teeth; correct?
5      A.  Correct.
6      Q.  Now, the one you picked now known as 1D and
7   we know that because you signed it; right?
8      A.  That's right.
9      Q.  Background is what?
10      A.  Background is dark.  I wasn't looking at
11   background.
12      Q.  I'm just asking you what you saw at the time
13   you made your pick.  No suit; correct?
14      A.  No suit.
15      Q.  No tie and the camera flash or lighting is
16   such that the left ear stands out prominently;
17   correct?
18      A.  Correct.
19      Q.  No missing teeth; right?
20      A.  No missing teeth.
21      MR. McCULLOCH:  One minute, Judge.
22      THE COURT:  Sure.
23      MR. McCULLOCH:  Judge, no further questions.
24      THE COURT:  Thank you.

```
1         At this time does the State have any redirect?

2         MS. TREVARTHEN:  I do, Judge.  Thank you.

3         THE COURT:  You may proceed.

4

5                      REDIRECT EXAMINATION

6

7    BY MS. TREVARTHEN:

8         Q.  Defense counsel asked if you previously knew

9    Johnny.  Do you recall that?

10        A.  Yes, I do.

11        Q.  Did you know a John Tessier?

12        A.  No.

13        Q.  Did you know a Tessier family that lived in

14   the neighborhood in 1957 when you were eight?

15        A.  Yes.

16        Q.  Okay.  So you were aware that there was a

17   family by the name of Tessier?

18        A.  Yes.

19        Q.  But you did not know John Tessier; is that

20   correct?

21        A.  But I did not know John Tessier.

22        Q.  Counsel asked you about your

23   characterization that an older person was walking

24   towards you; correct?
```

1        A.  Correct.

2        Q.  Before when you said that there was a man

3  that was coming, that came towards you and Maria

4  from the south --

5        A.  Yes.

6        Q.  -- you were -- again, you were eight years

7  old; correct?

8        A.  Correct.

9        Q.  And so when you're eight years old --

10     MR. McCULLOCH:  Judge, I'm going to object.

11  There's no question here, but it's coming out as an

12  argument.

13     MS. TREVARTHEN:  I'm trying to ask a question,

14  Judge.

15     THE COURT:  Rephrase, please, thank you.

16  BY MS. TREVARTHEN:

17       Q.  You indicated that he looked grown up to

18  you; correct?

19        A.  Correct.

20       Q.  And as an eight year old a grown-up -- how

21  would you characterize age in terms of a grown-up?

22       A.  Somebody twice as old as myself.

23       Q.  Thank you, ma'am.

24     Now, counsel also asked you that it wasn't

1    unusual for somebody to walk down the street;

2    correct?

3        A.  That's correct.

4        Q.  I know it was the '50's, but was it unusual

5    for someone that you didn't know to ask you if you

6    wanted a piggyback ride?

7        A.  Not at that time.  We were not afraid of

8    anyone.

9        Q.  Was that a common occurrence?

10       A.  No, it never happened to me before.

11       Q.  Would it be normal for some random man to

12   ask you if you wanted a piggyback ride?

13       A.  I don't think so.

14       Q.  Counsel asked you a couple specific

15   questions about what type of shoes or boots Johnny

16   was wearing; correct?

17       A.  Correct.

18       Q.  He also asked you if you recalled what type

19   of a belt buckle.  Okay.  While you're standing

20   under that streetlight were you focused on Johnny's

21   shoes or his face?

22       A.  His face.

23       Q.  Were you focused on his belt buckle or his

24   face?

```
 1          A.  His face.
 2          Q.  You were also asked when you returned back
 3     to the corner after you went home to get your
 4     mittens if you saw any footprints in the snow?
 5          A.  Right.
 6          Q.  Correct?
 7          A.  Correct.
 8          Q.  And what, if any, training as an
 9     investigator did you have as an eight year old?
10          MR. McCULLOCH:  Judge, I'm going to object.  I
11     think that's argument.
12          THE COURT:  Sustained, sustained.
13     BY MS. TREVARTHEN:
14          Q.  Your recollection today when you were asked
15     to describe Johnny's teeth were that his teeth were
16     big; is that correct?
17          A.  That is correct.
18          Q.  Now I want to ask you again about the photo
19     line-up that you were shown on September 9th of
20     2010.  Those photographs that you were shown, they
21     were all black-and-white photographs; correct?
22          A.  That's correct.
23          Q.  And they were all of males?
24          A.  They were all of males.
```

```
1          Q.  Did they all appear to be about the same
2     age?
3          A.  Yes.
4          Q.  All the individuals in those photographs
5     were formally dressed; is that correct?
6          A.  Correct.
7          Q.  They all appear to be clean cut.  Would that
8     be fair?
9          A.  That would be a fair assumption.
10         Q.  The individual that you picked out as being
11    Johnny, counsel asked you about that photograph
12    being different.  Do you recall that?
13         A.  I recall no difference.  I looked at the
14    faces.
15         Q.  I'm asking you if you recall the question --
16         A.  Oh, yes.
17         Q.  -- that he asked you about it being
18    different?
19         A.  Oh, yes, I do, yes.
20         Q.  Did the photograph that you picked out --
21    did the photograph have a black eye?
22         A.  No.
23         Q.  Was there a tattoo on his face?
24         A.  No.
```

Plaintiff 004291

1       Q.  And counsel also asked you about you were

2   able to immediately eliminate three out of the six

3   photographs that you were shown; correct?

4       A.  Correct.

5       Q.  And then you proceeded to look at the

6   remaining three additionally, is that correct, or

7   further?

8       A.  Yes, it is.

9       Q.  Again, you haven't seen this individual in

10  over 50 years; correct?

11      A.  That is right.

12      Q.  Were you trying to be careful in how you

13  selected?

14      A.  I was trying to put all my thoughts together

15  of what Johnny looked like back in '57.

16      Q.  And did you do that before selecting that

17  photograph?

18      A.  Yes, I did.

19      MS. TREVARTHEN:  I don't have anything further,

20  Judge.  Thank you.

21      THE COURT:  Thank you.

22      Recross?

23

24

```
 1                    RECROSS-EXAMINATION

 2

 3      BY MR. McCULLOCH:

 4         Q.  Were you asked at the time you made your --

 5      received the presentation of the photos were you

 6      asked if you were positive or certain or any words

 7      to that effect?

 8         A.  I think I was asked if I was positive that

 9      picture was Johnny.

10         Q.  And that was true even though there were no

11      missing teeth or gaps in teeth that you had

12      previously --

13         A.  There was no missing teeth.

14         MR. McCULLOCH:  Okay.  Nothing further.

15         THE COURT:  Thank you.

16         Ma'am, I missed the spelling of your name, I

17      think.  Could you spell your last name again?

18         WITNESS:  Sigman or Chapman?

19         THE COURT:  Both.

20         WITNESS:  Sigman is S-i-g-m-a-n.

21         THE COURT:  Yes.

22         WITNESS:  Chapman, C-h-a-p-m-a-n.

23         THE COURT:  Thank you.

24         All right.  Thank you very much, ma'am.  You may
```

1    step down, and as long as this trial is proceeding

2    do not discuss your testimony with anyone else, not

3    any friends or family or anyone else.  You're

4    released from your subpoena.

5        WITNESS:  Thank you.

6        THE COURT:  And we've been going just about an

7    hour and a half now so we'll take about a

8    five-minute recess before we call the next witness.

9                (A recess was taken.)

10               (The following proceedings were had

11                in open court.)

12       THE COURT:  Yes, yesterday morning was 62 in

13   here and we were all freezing.  Today it's 73.8.

14       All right.  Now, at the time we took the recess

15   we just finished a witness and at this time I'll

16   invite the State to call its sixth witness.

17       MS. TREVARTHEN:  Thank you, Judge.  Before we

18   call the next witness we'd be asking to admit

19   People's Exhibit No. 78, the photograph of the

20   mittens used with the last witness.

21       THE COURT:  Could you repeat that again,

22   People's No.?

23       MS. TREVARTHEN:  78.

24       THE COURT:  Any objection?

Plaintiff 004294