1           IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT

2                       DEKALB COUNTY, ILLINOIS

3

THE PEOPLE OF THE STATE          )        COPY
4   OF ILLINOIS,                 )
                                 )
5   Plaintiff,                   )
                                 )   CASE NO. 11 CF 454
6       vs.                      )
                                 )
7   JACK D. McCULLOUGH,          )
                                 )
8   Defendant.                   )

9           REPORT OF PROCEEDINGS of the trial before the

10   HONORABLE JAMES HALLOCK, on the 10th of September,

11   2012.

12

13           APPEARANCES:

14               MR. CLAY CAMPBELL,
                 DeKalb County State's Attorney,
15               MR. VICTOR ESCARCIDA and
                 MS. JULIE TREVARTHEN,
16               Assistant State's Attorneys,
                 for the People of the State of Illinois.
17
                 MR. THOMAS McCULLOCH,
18               DeKalb County Public Defender, and
                 MR. ROBERT CARLSON,
19               Assistant Public Defender,
                 for the defendant.
20

21

22

23   SANDRA FOORD, CSR 084-003025
     Official Court Reporter
     DeKalb County Courthouse
24

FILED

JAN 2 5 2013

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

**EXHIBIT 6**

Plaintiff 004078

```
1                           INDEX
2
3       WITNESSES                        D     C    RD    RC
4       Charles Ridulph                 44    84    97
5       Irene Lau                      102   106   109
6       Pamela Long                    111   124   130
7       Cheryl Crain                   132   141   149
8
9
10
11
12
13
14      NUMBER                    MARKED      RECEIVED
15      People's Exhibits Nos. 5, 6, 7 and 80   101
16      People's Exhibit No. 8                  131
17
18
19
20
21
22
23
24
```

1     THE COURT:  Thank you.  You may have a seat

2     there in the witness chair.

3        I'll ask you to keep your voice up so that the

4     court reporter and everyone can hear you.  Thank

5     you.

6        MR. ESCARCIDA:  Thank you, Your Honor.

7                     CHARLES RIDULPH,

8     called as a witness on behalf of the People, being

9     first duly sworn, was examined and testified as

10    follows:

11                   DIRECT EXAMINATION

12

13    BY MR. ESCARCIDA:

14       Q.  Sir, would you please state your first and

15    last name for the Court record and spell them both,

16    please?

17       A.  Charles Ridulph, C-h-a-r-l-e-s

18    R-i-d-u-l-p-h.

19       Q.  Sir, what is your date of birth?

20       A.  February 11, 1946.

21       Q.  What is your occupation?

22       A.  I'm the director of Christian Senior

23    Ministries.

24       Q.  For what church?

```
 1          A.  It's the Lutheran Church Missouri Synod.

 2     It's a ministry to the nursing homes and senior

 3     residences in DeKalb and Ogle Counties.

 4          Q.  Can you just briefly describe what you do

 5     for them?

 6          A.  I conduct worship services, Bible studies,

 7     visit individual residents in the nursing homes and

 8     senior residences and coordinate Christian

 9     fellowship activities.

10          Q.  How long have you been with that church or

11     held that position, please?

12          A.  Since 2001.

13          Q.  Prior to that job where did you work before

14     then?

15          A.  I was on staff at St. John Evangelical

16     Lutheran Church in Sycamore as the director of

17     assimilation and adult Christian education.

18          Q.  What was your title during your work with

19     them?

20          A.  I was a deacon.

21          Q.  And how long were you a deacon with that

22     organization?

23          A.  I held those responsibilities for three

24     years.
```

1    Q.  In what line of work were you in prior to

2    that job?

3    A.  Prior to that I owned and operated a

4    restaurant bar in Virgil, Illinois, for 20 years.

5    Q.  Did you ever have an occasion to serve in

6    the armed forces?

7    A.  Yes.  I was in the Army.

8    Q.  Where were you born, sir?

9    A.  In Sycamore, Illinois.

10   Q.  Where did you grow up?

11   A.  In Sycamore, Illinois.

12   Q.  How long have you lived in Sycamore?

13   A.  The majority of my life.  I was gone while I

14   was in the Army and also during the '70's I worked

15   in the Chicagoland area.

16   Q.  While growing up in Sycamore where did you

17   live?

18   A.  616 Archie Place.

19   Q.  How long did you live at 616 Archie Place?

20   A.  Until -- until I was 19 years old.

21   Q.  Now, I'd like to ask you some questions

22   regarding the 1950's.  Now, with respect to your

23   home at 616 Archie Place with whom did you live at

24   that location?

Plaintiff 004123

1      A.  With my parents Michael and Frances, my

2    oldest sister Patricia, my second sister Kay and my

3    younger sister Maria.

4      Q.  Would you describe for the Court, please,

5    describe your home at 616 Archie?

6      A.  It was a small home.  At the time as a child

7    we didn't consider it to be a small home, but the

8    front door faced Archie Place and there was a front

9    door and a back door.  Actually the back door was on

10   the side.  As you would enter that side door which

11   we generally used, if you went straight ahead, you

12   would go down the steps to the basement.  If you

13   turned to left, you would enter a room which we

14   called the den, which was a spare room.  The kitchen

15   was right there to the right and off of the kitchen

16   was the dining room, and then off of the dining room

17   was a living room and then my parents' bedroom and a

18   bathroom on the first floor.  Yes.

19      Q.  And what direction did your front door face?

20      A.  The front door faced Archie Place.

21      Q.  When you looked out your front door back

22   then, were you heading north or south?

23      A.  The front --

24      Q.  East or west?

1     A.  The front door would have been facing north.

2     Q.  Can you describe the street where you lived

3     the way it looked back in the 1950's?

4     A.  Well, it was a quiet street because it

5     wasn't really a through street.  It was a short

6     street between Center Cross and Fair Street so there

7     was not -- it was basically residential traffic only

8     so a quiet neighborhood street.

9     Q.  Would you please describe for the Court some

10    of the streets that surrounded your home there at

11    616 Archie Place?

12    A.  If you were to go east on Archie Place, you

13    would come to Center Cross which was three doors --

14    two doors down from our home.  Going -- turning to

15    the right, which would be going south on Center

16    Cross, you would come to DeKalb Avenue.  Going west

17    on DeKalb Avenue you would come to Fair Street and

18    then Fair Street back to Archie Place.  It was quite

19    a large block.

20    Q.  What, if anything, do you recall about the

21    streets by Center Cross?

22    A.  By Center Cross?

23    Q.  Yes.

24    A.  There was the next street over would have

1    been Roosevelt Court and Grant Street would have

2    been going in the other direction, and those, too,

3    were quiet neighborhood streets.

4        Q.  What can you tell the Court as far as

5    whether or not there were schools nearby back then?

6        A.  Our elementary school West School was just

7    kitty-corner from our house.  The schoolyard was

8    probably no more than maybe 25 or 50 yards from our

9    front yard, and that was the elementary school that

10   we attended.

11       Q.  Now, you've stated previously that you've

12   lived here most of your life, sir.  Has the layout

13   of the streets changed much since the 1950's?

14       A.  The layouts of the streets have not really

15   changed in that neighborhood.  Sycamore, of course,

16   has expanded.

17       Q.  Thank you.  What do you recall about the

18   corner of Center Cross and your street 616 Archie

19   Place?

20       A.  The corner of Center Cross was -- there was

21   a big tree right on the corner.  It was typically a

22   gathering spot for us as children to play,

23   especially in the wintertime when we were able to

24   take advantage of the early dark hours because we

1    would play games like Hide From the Headlights and

2    Hide and Seek type of games on that corner.

3        Q.  Do you recall who lived there at the house

4    that was there at the corner at Center Cross and

5    Archie?

6        A.  That was Judge Cliff.  At the time I believe

7    he was an attorney, Tommy Cliff.

8        Q.  Mr. Ridulph, what was Sycamore like back

9    then?

10       A.  It was a small, rural farming-type

11   community.  At that time it certainly was not

12   considered to be a suburb of Chicago.  It was a very

13   family-oriented community.  You pretty much knew

14   everyone in the town.  As I was thinking about this

15   just this past week it dawned on me we as kids

16   didn't have keys to our houses.  There was probably

17   only one key for the house which was seldom even

18   used, so it was a safe family-oriented place to

19   live.

20       Q.  Do you recall whether or not you had a --

21   let me back up just a bit.

22       As I stated previously, let's focus on the year

23   1957.  Do you recall whether you had a bike back

24   then?

1      A.  Yes, I did have a bike.  As a matter of

2    fact, oftentimes I would run errands for the

3    neighbors going to the corner store.  We used to

4    call it the little green store which would have been

5    on the corner of DeKalb Avenue and Center Cross

6    Street, that intersection, and we basically -- I

7    would ride that bike everywhere throughout the town.

8      Q.  Now, in the fall of 1957 where did you go to

9    school?

10     A.  I went to West School.

11     Q.  I'd like to ask you some specific questions

12   regarding your siblings.  How many siblings did you

13   have back then, just so we're clear?

14     A.  Three sisters; an older sister Patricia who

15   was five years older than I am so she would have

16   been nine years older than Maria.  My sister Kay was

17   four years older than I am, so she would have been

18   eight years older than Maria.

19     Q.  And what was Maria -- what was her date of

20   birth?

21     A.  March 12, 1950.

22     Q.  So in the fall of 1957 you were how old?

23     A.  I was 11.

24     Q.  Where did your sister Maria go to school?

1       A.  She also went to West School.

2       Q.  You stated previously that the school was

3    kitty-corner from your street.  About how far away

4    was it?

5       A.  The actual schoolyard couldn't have been

6    more than 25 or 50 yards from our front yard.  We

7    would walk to school together in the mornings and

8    you could actually see the playground from our home

9    very clearly, so it was very close.

10      Q.  Can you describe, if you can recall, as far

11   as the school goes the playground and things that

12   were there near the school or within the school

13   grounds?

14      A.  Well, at that time there was a new school

15   building which we attended which hadn't been there

16   very long, perhaps four years, but the old school

17   was still standing which was a three-story old

18   building and there was ball fields and playground

19   with swings and slides and even one of those

20   hand-pushed, you know, Ferris wheels or whatever.

21      Q.  Merry-go-round or -- I'm sorry.

22      A.  It was kind of like -- I don't know if you

23   call them a Ferris wheel or what it was but --

24      Q.  All right.

1      A.  -- children's playground equipment.

2      Q.  Now, when school was in session, what was

3   your daily routine back then?

4      A.  Well, my sister and I, Maria, we would walk

5   to school together.  We would not come home together

6   because we would have different activities.  During

7   the winter, for example, I would have been staying

8   after school for basketball so we would not come

9   home together.

10     Q.  During this time period did you have your

11  own room?

12     A.  No.  I shared a bedroom with my sister

13  Maria.

14     Q.  What was your relationship like with her?

15     A.  We were -- we were obviously very close and,

16  as I said, we shared a room but it was basically my

17  room.  It was all my stuff in that room.  Maria had

18  pretty much the run of the house being the baby of

19  the family and she was treated as special, and she

20  had her area which was a corner in the living room

21  which was kind of hidden by the sofa and an end

22  table right in the corner where she would keep her

23  dolls and toys and things of those nature.

24     We would -- she had her own neighborhood friends

1   that she would play with.  I never ever thought of

2   her as a pest.  Perhaps she was at times, but I

3   don't recall that to be the case.

4       Q.  And can you describe what she was like back

5   in 1957?

6       A.  She was a very smart child, a gifted child.

7   She liked to sing.  She liked to read.  She was a

8   very active child, friendly, outgoing, athletic.  I

9   often describe her as a Tomboy, but as I think about

10  it she didn't really do Tomboy things.  She was --

11  back then you didn't have girl athletics, but if

12  there would have been, she would have been a good

13  athlete, but she did the -- she spent her time on

14  the girl things, playing with dolls, having tea

15  parties and things that girls do.

16      Q.  Can you describe for the Court what she

17  looked like back in 1957?

18      A.  She was a -- she was a beautiful young girl.

19      Q.  Take your time, Mr. Ridulph.

20      A.  She was a very pretty young girl, tall,

21  slender, dark hair, always seemed to be smiling

22  unless I was picking on her.  I often remember Mom

23  screaming at the house, "Quit making that girl

24  scream", but she was smart.

Plaintiff 004131

1      Q.  What, if anything, do you recall about her

2    eyes, a color perhaps?

3      A.  Brown eyes.

4      Q.  Now, during this time period in 1957 did

5    Maria have permission to go far from home?

6      A.  No.  At her age she had the limits of pretty

7    much not to cross the streets.  That was pretty much

8    basically it, do not cross the streets.

9      Q.  And so that would have been at the corner of

10   your street and Center Cross in that area?

11     A.  Right, in that area.

12     Q.  Do you recall today, sir, what her bedtime

13   was back then?

14     A.  Her bedtime would have been 8 o'clock and

15   prior to that I recall it very vividly that she

16   would almost always spend time with my mother in my

17   mother's bedroom before her bedtime and they would

18   be reading books before.  That was part of the

19   ritual before her bedtime.

20     Q.  Now, you previously gave the judge some

21   facts regarding the big tree that was there at the

22   corner of Center Cross and Archie.  Did you ever

23   play at that corner?

24     A.  We all played at that corner often.  Often I

1      would play at that corner, the same type of games

2      that they would have been playing that evening.

3          Q.  And back in 1957 when you played at that

4      corner, did you play with kids mostly your age or

5      did you play with high school-age children or kids?

6          A.  It would not have been -- on that corner,

7      that particular corner generally the high school-age

8      kids would not play.  When we were playing with the

9      high school kids, that was generally down on

10     Roosevelt Court where we would be playing games like

11     kick the can and a little more roughhousing type of

12     games, and Maria and Kathy would not have been

13     participating in any of those.

14         Q.  Did you ever see Maria playing there at the

15     corner by the big tree throughout 1957?

16         A.  Yes, definitely.

17         Q.  So would it be fair to say more than once?

18         A.  Absolutely.  It would have been a common --

19     it would have been a common occurrence to see kids

20     playing on that corner including Maria.

21         Q.  At night-time at that location there at the

22     corner by the big tree what was -- at night what was

23     the lighting like at that location?

24         A.  Well, the corner was lit up.  However, as I

1    said, we would play Hide From the Headlights and so

2    forth when cars were coming, and so you didn't have

3    to go far to get out of the light.

4        Q.  Okay.

5        A.  Just into the backyards and you were out of

6    the light.

7        Q.  During this time period what was the family

8    dinnertime, if you can recall?

9        A.  We would eat at 5 o'clock promptly.

10       Q.  Was it almost always 5 o'clock growing up?

11       A.  Almost always 5 o'clock.

12       Q.  Do you recall who Maria Ridulph's closest

13   friends were back then?

14       A.  Well, Kathy Sigman who is -- although she

15   was a year older than Maria, lived in the

16   neighborhood so Maria spent a great deal of time

17   with her.  Her best friend was Dawn Johnson who

18   lived on a farm so outside of school Maria would not

19   have spent a whole lot of time with her, so there

20   were other neighborhood kids.  There was the kids

21   down on -- McMillans which were down towards the end

22   of the block.  There was a boy Maria's age that

23   would play with them.  She also had a good friend

24   and I'm afraid I don't recall the name who lived on

Plaintiff 004134

1    DeKalb Avenue but I recall it because when I was

2    looking for her that night we stopped at that house

3    to see if they had seen her.

4        Q.  Now, where did Kathy Sigman lived?

5        A.  Kathy Sigman lived down Archie Place towards

6    Fair Street but her home was set back off of Archie

7    place so it was a long drive leading to Kathy's

8    home.

9        Q.  So would it be fair to say it was just a few

10   houses down or more than that?

11       A.  Let's see.  It would have been one, two,

12   three, four houses down.

13       Q.  Back in --

14       A.  Five houses down, excuse me.

15       Q.  About five houses down.

16   Now, back in 1957 back in those days do you

17   recall whether Kathy Sigman came over to your house

18   frequently or not much at all?

19       A.  Oh, often.  It was many, many times we were

20   at the Sigman house and many, many times they were

21   at our home as well.

22       Q.  Mr. Ridulph, I would like to direct your

23   attention to December 3rd of 1957.  Were you still

24   living there at 616 with your family?

1   A. Yes, I was.

2   Q. Do you recall if that day was a weekday or

3 weekend day?

4   A. It was a Tuesday during the week.

5   Q. Can you describe for the Court what you did

6 that morning?

7   A. Well, it would have been a normal school day

8 so we would have gotten up, had breakfast.  Maria

9 not quite so rushed.  I'm hard to get up so it would

10 have been a rushed breakfast and we would have

11 walked to school together.  Gone through our normal

12 activities and returned home at different times; a

13 normal school day.

14   Q. So you did not come home with her from

15 school on December 3rd of 1957?

16   A. No, I would not have.

17   Q. On that same day December 3rd about 5 p.m.

18 -- strike that.

19   With respect to that same day let's talk about

20 after dinnertime.  What were you doing at that time?

21   A. After dinner my neighbor friend Randy

22 Strombom who was a classmate and friend of mine was

23 at my house.  We were in the den listening to

24 records and going over our baseball cards.

Plaintiff 004136

1    Q.  Do you recall what type of records as far as

2    the size or the type?

3    A.  Well, we had at that time it would have been

4    a modern record player which would play 45 -- high

5    fidelity I think we called them, 45s, 78s and the

6    LPs.

7    Q.  During this time period when you were

8    playing with Randy Strombom was Maria at or near

9    your house during this time period?

10   A.  She would have been outside.  She was

11   outside playing with Kathy.

12   Q.  As you were with Randy Strombom listening to

13   records, looking at baseball cards what, if

14   anything, happened?

15   A.  Kathy came to the door and asked if Maria

16   was there, and I said no, she's still outside, and

17   that was all that was said and Kathy left.

18   Q.  What did you think about that?

19   A.  I didn't think anything about it.  I didn't

20   really -- didn't give it another thought until

21   shortly after that and a short time after that Kathy

22   came back and said, "I can't find Maria".  It was

23   then that I went and told my parents that Kathy

24   can't find Maria, and so Randy and I went out to

1    look for her.  We started down Fair Street -- excuse

2    me -- Archie Place towards Center Cross and calling

3    out, looking and we walked along -- around that

4    block from Archie Place down to Fair.  We turned on

5    DeKalb Avenue.  I stopped at the one friend's house

6    there to see if they had seen Maria.  We continued

7    down DeKalb Avenue.  As we turned on Fair Street I

8    recall seeing a squad car going by.  I mentioned to

9    Randy we should have stopped that squad car, but we

10   didn't.  We continued on down and then back down

11   Archie Place to my home.

12       Q.  And at this time while you were looking for

13   Maria was it light or dark out?

14       A.  It was dark.

15       Q.  Did you find her?

16       A.  No, we did not.

17       Q.  Did you continue to look for Maria?

18       A.  Well, when I got home, sometime during that

19   time Kathy had said that there was --

20       MR. McCULLOCH:  Objection.

21       A.  (Continuing.)  -- a guy involved.

22       THE COURT:  Sustained.

23       Wait for the next question.

24   BY MR. ESCARCIDA:

1      Q.  Now, just so that I'm clear, so now you've

2   already searched for her, correct, or at least

3   looked for your sister; correct?

4      A.  Yes.

5      Q.  And you returned home?

6      A.  I returned home.

7      Q.  With respect to that first search about how

8   long did that take?

9      A.  Well, as a matter of fact, last Saturday I

10  walked that block at a regular pace and without any

11  stops it took me ten minutes to walk that block, so

12  I would have to imagine that for Randy and I as we

13  were looking for Maria, not really looking and

14  searching through yards or anything but calling and

15  looking and as I stopped at the house there's a good

16  chance that that time would have been perhaps 15

17  minutes.

18     Q.  Now, when you arrived back home, was Maria

19  there?

20     A.  Maria was not there.

21     Q.  Without telling me what people said, what

22  was going on in the house?

23     A.  There was already starting -- there was

24  already some commotion at the house and I was made

1    aware that Maria was with a --

2      MR. McCULLOCH:  Judge, I'm going to object.  The

3    made aware part --

4      THE COURT:  Sustained.

5      MR. McCULLOCH:  -- needs a little foundation is

6    all.

7    BY MR. ESCARCIDA:

8      Q.  Now, let's with respect to the people that

9    were -- or the commotion, if you will, can you

10    recall -- now, don't tell me what people said, but

11    can you recall whether or not the police were

12    called?

13      A.  The police were called at that point.  The

14    police were called at that point.

15      Q.  Now, after the police were called what, if

16    anything, did you and your family do while inside

17    the house?

18      A.  We --

19      Q.  Based on that phone call?

20      A.  We went out and continued to try and make a

21    more thorough search, and Randy and I specifically

22    went back to the corner and we started to go back

23    through the yards.  Actually one house down there

24    was a driveway which led to a garage.  We -- it

```
 1     appeared to be an alleyway.  We referred to it as

 2     the alleyway, and so we started to search and we

 3     would use this as an alleyway behind the homes in

 4     the center of the block.  There from that driveway

 5     led to a huge double backyard, a huge garden.  That

 6     would have led to an open field which led to what we

 7     refer to as Smith's lot where we used to play

 8     football which was a passageway, so to speak,

 9     between Center Cross and Fair Street.

10         So when I had gone back out for the second time

11     to search Randy and I were looking and I -- I looked

12     between that first garage and the fence and I saw

13     this bush and it scared me because now I was looking

14     for Maria in a different way, and at that point I

15     went home, and when I got home there were literally

16     people from -- there were people everywhere looking.

17         Q.  Did you see people looking out in the

18     streets as well?

19         A.  Absolutely.

20         Q.  More than one?

21         A.  I would -- I don't think I'd be exaggerating

22     by saying there were nearly a hundred people

23     already.

24         Q.  Without telling me what people said, what
```

1    was going on inside your house when you returned

2    from that last search?

3        A.  There were a lot of people inside the house

4    already.  There was a lot of commotion.  I recall a

5    friend of mine knocking on the door, Kelly George

6    knocking on the door asking if I could come out and

7    join the search.

8        MR. McCULLOCH:  Objection.

9        THE COURT:  Sustained.  Wait for the next

10   question.

11       WITNESS:  I'm sorry, Your Honor.  I can't --

12       THE COURT:  I understand but wait for the next

13   question.

14   BY MR. ESCARCIDA:

15       Q.  Did that commotion, so to speak, continue

16   throughout the night?

17       A.  Yes, it did.

18       Q.  Did Maria come home that night?

19       A.  No.

20       Q.  Now I'd like to ask you some questions about

21   the following day December 4th.  On December 4th of

22   1957 what, if anything, do you recall about the next

23   day?

24       A.  I recall -- the night before the search

1    seemed to be pretty much disorganized, just people

2    looking.  The next day I recall going with my father

3    to the fire station, the old fire station, where the

4    search parties were being organized and people were

5    being assigned areas to search.  People were even

6    carrying guns.

7         Q.  Now, did you personally participate in the

8    search the next day?

9         A.  Yes, I did.

10        Q.  What part of your neighborhood did you

11   search the next day?

12        A.  I was with a group of people.  We started

13   down Archie Place and at the end of Archie Place at

14   that time was Johnson's Greenhouse which was a

15   wooded area which was just starting to be developed

16   into residential, and so we started a search through

17   that area.  I recall specifically they were still

18   putting in the street there and the manhole was open

19   and I was asked to go down in that manhole because I

20   was small enough to fit down there and to look down

21   there.

22        From there we proceeded west.  Where the

23   Sycamore High School is now that was all cornfields.

24   That was all fields between there, so we started

1    searching through that field in a line of searchers

2    walking through that field.  I recall specifically

3    because it scared me, also, during that search we

4    came across this gunnysack and it was opened and

5    inside there were a bunch of kittens from someone

6    had chose to dispose of that way.

7        Q.  And as you were searching that day what, if

8    anything, can you tell the Court about your

9    recollection as far as the different groups of

10   people out there searching?

11       A.  There were groups of all ages.  The Sycamore

12   High School, although I don't believe it was

13   official, but the students were excused and more

14   than half of the Sycamore High School had joined in

15   search parties.  Boy Scout groups were organized and

16   joined in the search parties, so the people of all

17   ages and from not just the Sycamore community but

18   from communities from all around.

19       Q.  Did you return to school immediately on

20   December 4th?

21       A.  Actually we did not.  We returned to school

22   on that Friday.

23       Q.  As the days went on what can you tell the

24   court about people who were in your home or starting

1     to be in your home at this time?

2        A.  Well, the home was pretty much always

3     someone there, especially clergy, but also the FBI

4     had moved into our home.  There were two FBI agents

5     which were now staying 24 hours a day in that room

6     which I called the den.

7        Q.  As that week passed did your sister come

8     home, Maria?

9        A.  She did not.

10       Q.  What about two weeks later?

11       A.  She did not.

12       Q.  Did the search continue?

13       A.  The search continued.

14       Q.  And as the weeks and months went on was

15     there any sign of your sister, to the best of your

16     recollection?

17       A.  No, there was not.

18       Q.  Mr. Ridulph, I'd like to direct your

19     attention to the weekend of April 26th of 1958.

20     26th day of April 1958, what, if anything, unusual

21     happened during that time period?  And please don't

22     tell me what people said.

23       A.  On that particular weekend I was on a Boy

24     Scout camping trip and on that weekend my parents

```
 1     were sent to identify -- possibly identify --

 2          MR. CARLSON:  Objection; foundation.

 3          THE COURT:  Sustained.  Wait for the next

 4     question.

 5     BY MR. ESCARCIDA:

 6          Q.  What did you find out during that weekend,

 7     you personally?

 8          A.  That my sister --

 9          MR. McCULLOCH:  Objection; foundation.

10          THE COURT:  Sustained.  Wait for the next

11     question.

12     BY MR. ESCARCIDA:

13          Q.  Was your sister home on that day on April

14     26, 1958?

15          A.  She was not.

16          Q.  And in the days that followed and the weeks

17     that followed did she come home?

18          A.  She did not come home.

19          Q.  What about her actual physical body?

20          A.  Her physical body was discovered on the

21     weekend in which I was on the Boy Scout camping

22     trip.

23          MR. CARLSON:  Objection; foundation.

24          THE COURT:  Sustained.  Wait for the next
```

1    question.

2    BY MR. ESCARCIDA:

3        Q.  When did you next see her physical body

4    during that time period?

5        A.  I never did see her physical body again.

6        Q.  Do you recall whether or not her remains or

7    bodily remnants came home?

8        A.  Her body --

9        MR. CARLSON:  Objection; foundation.

10       THE COURT:  Sustained.  Wait for the next

11   question.

12   BY MR. ESCARCIDA:

13       Q.  With respect to your sister in the weeks

14   that followed, what event did you go to?

15       A.  My sister Maria was buried the first part of

16   May 1958.

17       Q.  Now, back in 1957 do you recall a family

18   with the last name of Tessier?

19       A.  Yes, I do.

20       Q.  What do you remember about them?

21       A.  I remember that it was a big family.  I

22   don't remember a great deal about their activities.

23   The kids went to a different school system.  They

24   were in the parochial school, the Catholic school.

1    We were in public school.  I knew who they were.

2       Q.  Did you have much contact with the children

3    and persons within that family?

4       A.  Not a great deal.

5       Q.  Where did they live, to the best of your

6    recollection?

7       A.  They lived on Center Cross Street, second

8    house from Roosevelt Court.

9       MR. ESCARCIDA:  Judge, may I have permission to

10    approach the witness?

11       THE COURT:  Sure.

12       MR. ESCARCIDA:  Thank you.

13    BY MR. ESCARCIDA:

14       Q.  Sir, I'd like to show you what's been marked

15    as People's Exhibit No. 7 for identification.  I was

16    wondering if you could tell the Court if you've seen

17    this before and what this represents?

18       A.  Yes, I have seen this before and it

19    represents our neighborhood.

20       Q.  Is this present day or an old?

21       A.  This would be present day.

22       Q.  Just so we're clear for the Court record,

23    can you tell the Court what this is specifically as

24    far as what's placed within this --

1       A.  Our --

2       Q.  -- exhibit?

3       A.  Our home --

4       Q.  Let me stop you there, excuse me.

5       Is this a photograph?

6       A.  It's a photograph.

7       Q.  With respect to the representation is it

8    coming in, what type of photograph is it?

9       A.  It's an aerial photograph showing the layout

10   of my neighborhood.

11      Q.  Back to is this a present representation,

12   present-day representation or one from 1957?

13      A.  This would be a present-day representation.

14      Q.  Does it fairly and accurately depict what

15   the neighborhood surrounding your old home -- does

16   it fairly and accurately depict the roads and

17   buildings that you described here this morning?

18      A.  The roads and the buildings would be as I

19   described them with the exception that the old

20   schoolhouse is no longer there.

21      MR. ESCARCIDA:  Judge, may I have permission to

22   have the witness step down?

23      THE COURT:  Sure.

24   BY MR. ESCARCIDA:

1      Q.  Mr. Ridulph, could you please step down.

2      Mr. Ridulph, I'm going to hand you a pen.  It's

3   a blue pen and I'm just going to ask you can you

4   tell the Court can you talk about some of the

5   differences as far as what you see presently and

6   what was different about this layout back in the

7   1950's?

8      A.  Well, as I already mentioned, the old school

9   building would have been right here.

10                  (Indicating.)

11   This Birchwood Drive indicated here which is all

12   houses, at that time this was just being begun to be

13   built in through here and this is what we refer to

14   -- this was Johnson's Greenhouse.  There was still a

15   lot of wooded area there.  This had -- the road here

16   had already been cut in and there were already some

17   houses roughed in and this here, these here are now

18   apartment buildings and that was an open field.

19                  (Indicating.)

20   This here is an apartment building now which was

21   the Smiths' lot that I referred to.

22                  (Indicating.)

23      Q.  Can you circle for the Court where the

24   access or the area that was next to the Cliff house

```
 1      there?

 2          A.  Yes.

 3          Q.  Can you circle that location and where it

 4      was located back in 1957?

 5          A.  It would have been right here.  This is the

 6      Cliff house here.

 7                          (Indicating.)

 8          Q.  Okay.  Can you describe -- you previously

 9      testified about the walkway, the access?

10          A.  Now, this building was not there.

11                          (Indicating.)

12          Q.  Okay.

13          A.  This is what I refer to as an alleyway.  You

14      had next to the Cliff house there was a garage so

15      this building was not -- I think that's a garage

16      building now was not there, either.  There was a

17      garage.  Next to the Cliff house there was a fence

18      line and then a driveway on the other side of the

19      Cliffs' property and then the garage was set back.

20      There was a -- between that fence and the garage you

21      could walk through.  From there through that area

22      this was all open yards here and this was a huge

23      garden area.

24                          (Indicating.)
```

1     Q.  And --

2     A.  Huge garden area because right behind my

3  house which was we had a yard and then a garden,

4  butted up to that was another huge garden, so right

5  behind the Strombom house and our house was garden

6  area and huge lawn area off to the south of that.

7     Q.  And --

8     A.  That butted up right to this.  This was all

9  open field here.  This was actually still farm back

10 then.  This was all open field and that butted up to

11 -- this open field butted up to Smiths' lot which

12 was all open here all the way to Fair Street.

13                    (Indicating.)

14    Q.  Now, with respect to the alleyway and you

15 previously pointed to that location and if I could

16 just have you circle that area again, the alleyway?

17    A.  I believe this --

18    Q.  Did you already do that?

19    A.  I believe that was Cliffs' house there, so

20 this would have been the alleyway here.

21                    (Indicating.)

22    Q.  If you could just go ahead and just draw a

23 line out to the street there and mark that with an A

24 for the alleyway?

1      A.  (Indicating.)

2      Q.  Can you tell the Court with respect to the

3    area that you just described there along that

4    location what can you tell the Court about the

5    lighting there?  Was it --

6      A.  It was dark.  It was -- it would be like you

7    were out in a farmer's field.  I mean, there would

8    be no lighting because, I mean, it was actually a

9    huge area, you know.  There were no houses there.

10      Q.  Okay.  Now, sir, you can go and take your

11   seat, thank you.

12     MR. ESCARCIDA:  Judge, I'm sorry.  May I have

13   just one moment to ask him one more question?

14     THE COURT:  Sure.

15     MR. ESCARCIDA:  Or maybe two.

16  BY MR. ESCARCIDA:

17      Q.  I'm sorry, Mr. Ridulph, could you step back

18   down again.  I just want you to note for the Court

19   record is People's 7 still before you, People's

20   Exhibit No. 7?

21      A.  Yes, it is.

22      Q.  Can you tell the Court here -- take my pen

23   again, can you circle for the Court where Kathy

24   Sigman lived back in 1957?

1       A.  Well, let's see.  Her house was set -- and

2   still is, that house is still there, I believe it

3   would have been right here.  I can't really tell.

4   The second house from the corner, I believe, if

5   that's what this represents.

6                   (Indicating.)

7       Q.  Mmm.

8       A.  And there's a long driveway.  There was then

9   and still is and her house was set way back in here.

10      Q.  So if you could just do me a favor with your

11  pen, with this blue pen here at the street, can you

12  just go ahead use an arrow and mark that as where

13  Kathy Sigman lived to the best of your recollection?

14      A.  K.S.?

15      Q.  K.S.

16      A.  (Indicating.)

17      Q.  Thank you.  You may sit down.  Thank you,

18  sir.

19      MR. ESCARCIDA:  Judge, if I could have the Court

20  record reflect I'm showing to counsel what has been

21  previously marked as People's 5, People's Exhibit

22  No. 6 and People's Exhibit No. 80.

23      THE COURT:  Very good.

24      MR. ESCARCIDA:  May I have a moment, Judge?

1      THE COURT:  Sure.

2    BY MR. ESCARCIDA:

3      Q.  Sir, I'd like to show you what has

4    previously been marked as People's Exhibit No. 5 for

5    identification.  I'm going to ask if you can tell

6    the Court what that exhibit is?

7      A.  This is a photograph of myself, my

8    grandfather, my sister Maria, my mother and my

9    step-grandmother.

10     Q.  And --

11     A.  We're standing next to our '57 Mercury.

12     Q.  Does that photograph with respect to the

13   photo next to the car there, does the photo fairly

14   and accurately depict what your sister looked like

15   back in 1957?

16     A.  Yes, it does.

17     Q.  I'm going to show you what's been marked as

18   People's Exhibit No. 6 for identification.  Sir, I'm

19   going to ask if you can identify that exhibit?

20     A.  This would be a picture of Maria's birthday

21   party taken in our front yard and I can tell that

22   because I recognize the house across the street, and

23   if you were to count the candles there, it would

24   have been Maria's seventh birthday.

1    Q.  March 12th of 1957 or thereabouts?

2    A.  Yes.

3    Q.  I'm sorry.  March 12th, 1950, excuse me?

4    A.  1957.

5    Q.  '57, excuse me.  I apologize.

6    A.  Yes.

7    Q.  Now, does this photograph in People's 6

8    fairly and accurately depict what your sister looked

9    like for her seventh birthday?

10   A.  Yes, it does.

11   Q.  I'm going to ask you if you can identify

12   People's Exhibit No. 80 for the Court?

13   A.  This would be the corner that Maria --

14   Q.  First of all, sir, is that a photograph or a

15   picture?

16   A.  This is a photograph, a picture.

17   Q.  Can you hold it up for the Court?  For the

18   Court, thank you, sir.

19       And what does that photograph depict based on

20   your previous knowledge?

21   A.  This is the corner of Archie Place and

22   Center Cross.  This house right here, that is our

23   dining room window which you can clearly see from

24   the corner, and that's the big tree that we would

1     play around.

2                    (Indicating.)

3         Q.  And --

4         A.  There's the garage which I would have

5     referred to and you can --

6                    (Indicating.)

7         MR. CARLSON:  Judge, I would object to his

8     testifying in the narrative.

9         THE COURT:  Wait for the next question.

10    Sustained.

11    BY MR. ESCARCIDA:

12        Q.  Now I'll ask you with respect to this

13    photograph, does the photograph fairly and

14    accurately depict what the corner looked like back

15    in 1957?

16        A.  Yes, it does.

17        Q.  Can you tell the Court based on your prior

18    testimony can you point to this photograph and tell

19    the Court where the garage was located?

20        A.  Yes.  You can actually see --

21        MR. CARLSON:  Can we approach, Judge?

22        THE COURT:  Sure.

23        A.  (Continuing.)  You can actually see the

24    fence here which ran along the property line and

1    this here is the garage.  Now, there was a space

2    between that fence and the garage which you could

3    walk through, a narrow space, but then to the left

4    of this garage, this was all open there and actually

5    it was an open pathway through backyards and gardens

6    and a farmer's field and a vacant lot all the way to

7    Fair Street.

8                    (Indicating.)

9    BY MR. ESCARCIDA:

10       Q.  Thank you.  And if you could also tell the

11   Court where's the Cliff house located?

12       A.  The Cliff house is this big house right

13   there on the corner.

14                    (Indicating.)

15       Q.  Can you tell the Court where is Center Cross

16   Street on that photograph and where is Archie Place?

17       A.  Center Cross is right in here in front of

18   the Cliff house.  Archie Place is the one that would

19   go down the side of the Cliff house.

20       Q.  Can you tell the Court whether or not the

21   photograph depicts fairly and accurately the big

22   tree that you used to play around back then?

23       A.  Yes, it does.

24       Q.  Is that the same tree that Maria frequently

1    played at as well?

2        A.  Yes, it is.

3        MR. ESCARCIDA:  That's all the questions that I

4    have for this witness, Judge.

5        THE COURT:  Well, thank you very much.  The

6    Court notes it's about ten minutes to 12 and I would

7    suspect that cross-examination will take more than

8    ten minutes.

9        MR. CARLSON:  Yes, Your Honor.

10       THE COURT:  All right.  So let's take the noon

11   recess then and I'll admonish the witness that

12   you're still on the witness stand.  That means you

13   may not discuss your testimony with anyone else, not

14   with the lawyers, any of the State's Attorneys, the

15   other lawyers, any member of the public.  You just

16   for the next hour and ten minutes cannot discuss

17   your testimony.  You're on the witness stand.  Then

18   we'll begin with cross-examination at 1 o'clock.

19   All right?

20       MR. ESCARCIDA:  Thank you, Judge.

21       THE COURT:  So we are in recess.

22                (The noon recess was taken.)

23                (The following proceedings were had

24                 in open court.)

Plaintiff 004159

```
1          THE COURT:  Good afternoon, ladies and

2     gentlemen.  I see some orders here on my desk.  This

3     is from this morning; correct?

4          MS. TREVARTHEN:  That's correct, Judge, both

5     motions.  The first motion I drafted in regards to

6     the gag order being entered, and then the second one

7     is regarding the granting of State's motion in

8     regards to our request for the John Doe witness.

9          MR. McCULLOCH:  Judge, the motion of that second

10    order the handwriting appears different.  It is

11    different.

12         THE COURT:  It does appear different.

13         MR. McCULLOCH:  It's my request that the

14    supplemental discovery apply to the two most recent

15    witnesses.

16         THE COURT:  All right.  And there's no objection

17    to that?

18         MS. TREVARTHEN:  Correct.

19         MR. ESCARCIDA:  Correct.

20         MS. TREVARTHEN:  There's no objection, Judge.

21         THE COURT:  Then those orders will be entered.

22         And for the record all three attorneys are here

23    for the State, both attorneys for the defense.  The

24    defendant is present in open court, and we were just
```

1    finishing up the direct examination of the State's

2    first witness and we're ready to begin

3    cross-examination, so I'll ask the State to invite

4    their witness to return.

5        MR. ESCARCIDA:  Yes, Judge.

6        THE COURT:  All right.  The within has returned.

7    Sir, step right up to the witness stand here.  I'll

8    remind you that you're still under oath and at this

9    time we'll begin with cross-examination.

10   Mr. Carlson?

11       MR. CARLSON:  Your Honor.

12

13                 CROSS-EXAMINATION

14

15   BY MR. CARLSON:

16       Q.  Good afternoon, Mr. Ridulph.  How are you,

17   sir?

18       A.  Fine, thank you.

19       Q.  You spoke a great deal on direct examination

20   about what kind of town Sycamore was at the time, a

21   small community; is that correct?

22       A.  That's correct.

23       Q.  People didn't lock their doors.  Everybody

24   knew each other; is that correct?

1         A.   That's correct.

2         Q.   And with regard to the neighborhood you

3    lived in, that was a rather small community as well;

4    is that correct?

5         A.   That's correct.

6         Q.   You lived a couple doors from the Cliffs

7    which was on the corner of the house?

8         A.   Yes.

9         Q.   Kathy lived a couple houses down further to

10   the west on Archie Place from you?

11        A.   That's correct.

12        Q.   And you did say you knew the Tessiers; is

13   that correct?

14        A.   That's correct.

15        Q.   They lived a block and a half or so to the

16   north on Center Cross?

17        A.   That's correct.

18        Q.   You were familiar with where they lived; is

19   that right?

20        A.   That's correct.

21        Q.   And you said they had a large family; is

22   that correct?

23        A.   That's correct.

24        Q.   You knew them all?

Plaintiff 004162

1       A.  No, I would not have known them all.

2       Q.  You knew some of them?

3       A.  I knew some of them, yes.  I knew who they

4    were, yes.

5       Q.  And you would have been about 11 years old

6    at this time; is that right?

7       A.  That's correct.

8       Q.  Did you personally play with any of the

9    Tessier family on any occasion?

10      A.  Not that I recall.

11      Q.  It would not have been unusual for you to

12   have done so; is that right?

13      A.  That's correct.

14      Q.  All the neighbors would play with each other

15   from time to time?

16      A.  That's correct.

17      Q.  And, in fact, I think you indicated that

18   even though you were 11, there would have been times

19   you might have played with high school-age students

20   playing Kick the Can or something else in the

21   neighborhood?

22      A.  That's correct.

23      Q.  So it was normal for the neighborhood to all

24   play with each other?

1      A.  That's correct.

2      Q.  Sir, calling your attention to the evening

3  in question, December 3rd, you I believe indicated

4  that you were looking at baseball cards and

5  listening to records with a friend; is that correct?

6      A.  That's correct.

7      Q.  You were in the room you called the den in

8  your home?

9      A.  That's correct.

10     Q.  That was immediately adjacent to I think a

11  side door to your home; is that right?

12     A.  That's correct.

13     Q.  So the first time you were contacted by

14  anyone that was Kathy; is that right?

15     A.  Correct.

16     Q.  Did Kathy come to the side door of your

17  home?

18     A.  Yes.

19     Q.  Were you the one who answered the door?

20     A.  Yes.

21     Q.  And I'm talking now about the first time

22  that Kathy came.  Do you remember what you were

23  doing at the time other than just generally

24  listening to records and looking at baseball cards?

1       A.  Other than that I don't believe we were

2   doing anything other than that.

3       Q.  Did anyone else come to the door with you or

4   was it just you?

5       A.  Just myself.

6       Q.  At that time Kathy told you that she

7   couldn't find Maria; is that right?

8       A.  That's correct.

9       Q.  Then she left again; is that right?

10      A.  That's correct.

11      Q.  She was gone only a very short time?

12      A.  Short time.

13      Q.  Five minutes, two minutes, three minutes, do

14  you know?

15      A.  I would say more than three, less than ten.

16      Q.  So a very short time, in any event?

17      A.  That's correct.

18      Q.  She returned?

19      A.  Yes.

20      Q.  Did she return to the side door?

21      A.  Yes.

22      Q.  Did you answer the door?

23      A.  Yes, I did.

24      Q.  And at that point in time she told you that

1    she still couldn't find Maria; is that correct?

2        A.  That's correct.

3        Q.  It was at that point that you went out to

4    look?

5        A.  I told my parents that Kathy could not find

6    Maria.  Randy and I went out to look, yes.

7        Q.  And you walked I'm going to say around the

8    block.  I realize it's a large block, but you walked

9    around the block on which your house was located; is

10   that correct?

11       A.  That's correct.

12       Q.  And you started out by going to the west on

13   Archie Place; is that correct?

14       A.  No.  It would have been to the east to

15   Center Cross street.

16       Q.  I'm sorry.  So you went to the east toward

17   the Cliff residence?

18       A.  That's correct.

19       Q.  And then south on Center Cross and around

20   the block that direction?

21       A.  That's correct.

22       Q.  You indicated when you were walking after

23   you left your house that a police car went by.

24   Which street was the police car on?

1          A.  Fair Street.

2          Q.  So that was after you had gone around the

3     block to the south and then I guess to the southwest

4     because that street angles and coming back north on

5     Fair Street there was a police car that drove by?

6          A.  That's correct.

7          Q.  Neither of you hailed the police car at that

8     point, though; is that correct?

9          A.  That's correct.

10         Q.  The friend's house that you had stopped at,

11    that was on DeKalb Avenue?

12         A.  That's correct, but that was -- that's

13    correct.

14         Q.  And that was on this second time; is that

15    correct?

16         A.  That's correct.

17         Q.  So --

18         A.  No, no.  That was -- the second time we had

19    -- when I went out searching we were with a group.

20    The first time I went searching it was Randy and I

21    and we --

22         Q.  So you stopped --

23         A.  -- we stopped at the house the first time,

24    Randy and I.

1    Q.  The first time, yes.  Just you and your
2    friend stopped at the house the first time?
3    A.  Correct.
4    Q.  Correct.  So you had gone only about halfway
5    around the block when you stopped at that house; is
6    that correct?
7    A.  Not even.
8    Q.  And you weren't in that house very long.
9    You just went up to the door to find out if Maria
10   was there or they had seen her; is that right?
11   A.  That's correct.
12   Q.  So really all you did then was walk around
13   the block, go up to that house, knock on the door,
14   find out if they knew anything about Maria, leave
15   and finish your way around the block; is that
16   correct?
17   A.  That's correct.
18   Q.  So that was a relatively short time as well,
19   you said ten, maybe 15 minutes?
20   A.  I -- yes.
21   Q.  And then you were back at your house again?
22   A.  Yes.
23   Q.  When you got back to your house, was it
24   immediately that you went out with other people?

1    A. A short -- shortly thereafter, not immediate

2    I'm certain. There was a great deal of commotion.

3    There were quite a few people there, so it would

4    have been a short time afterwards.

5    Q. Minutes?

6    A. Minutes, not hours certainly.

7    Q. Five minutes?

8    A. Probably more than five minutes.

9    Q. So is it fair to say then that from the time

10   that Kathy came to your house until there was a

11   group search it was a relatively very short time?

12   A. Relatively short time.

13   Q. You had two sisters you said. One was eight

14   years old and one was nine years old?

15   A. No; three sisters.

16   Q. I'm sorry. And one was nine years older

17   than your sister Maria and one was eight years

18   older?

19   A. That's correct.

20   Q. I'm sorry. So they would have been high

21   school age or older at that time?

22   A. That's correct.

23   Q. Do you even recall if they were home that

24   evening?

1     A.  My sister Pat was home that evening.  She

2    was in the dining room doing her homework.  My

3    sister Kay was at a music lesson.

4     Q.  Sir, you said you remember specifically that

5    this was a Tuesday; is that right?

6     A.  Yes.  I --

7     Q.  And you said you didn't go back to school

8    till Friday.  Were the schools closed?

9     A.  The schools were not closed.

10     Q.  You didn't go back to school till Friday?

11     A.  We did not go back to school until Friday.

12     Q.  And, sir, you don't really recall what time

13    Maria went out to play other than it was after

14    dinner.  Is that accurate?

15     A.  That's correct.

16     Q.  Sir, Center Cross street is now Route 23.

17    It was Route 23 at that time as well, was it not?

18     A.  Yes.

19     Q.  So that has always been a State highway that

20    goes by in front of the Cliff house, the house that

21    was on the corner; is that right?

22     A.  Yes.

23     Q.  So when you were testifying I believe it was

24    about Archie Street as being a quite residential

 1     street, Center Cross was a state highway; is that

 2     right?

 3         A.  It was a state highway.  However, there

 4     would be several minutes always normally between

 5     cars.  You could wait some time before another car

 6     would pass, and we would play Hide From the

 7     Headlights as I mentioned previously and there would

 8     be some time often that even that early in the

 9     evening that you would have to wait some time for

10     cars to pass.

11         Q.  And I'm certain it's also the case that

12     sometimes cars followed each other one right after

13     the other; is that correct?

14         A.  That's correct.

15         Q.  But the purpose of the street was that of a

16     state highway, not just attain some residences that

17     were out on the side?

18         A.  That's correct.

19         MR. CARLSON:  Your Honor, may I have a moment?

20         THE COURT:  Sure.

21     BY MR. CARLSON:

22         Q.  Again, sir, calling your attention to

23     December 3rd, when you went out the first time to go

24     look for your sister with your friend, do you

1 remember coming up to -- you went down Archie Street

2 toward Center Cross from your house?

3  A. That's correct.

4  Q. Do you remember were there cars going by

5 then?

6  A. I'm sure that there would have been, but I

7 do not specifically recall.

8  Q. When you got down to the corner, Archie and

9 Center Cross, did you look to the north to see if

10 there were any cars coming from that direction?

11  A. Did I look to the north to see if there were

12 cars coming?  I would not have -- we would have been

13 -- no, I did not, that I recall.

14  Q. Did you look to the south to see if there

15 were cars coming?

16  A. I don't recall looking for cars.

17  Q. So you don't have a specific recollection of

18 the traffic level at that time when you walked by

19 that street?

20  A. I do not.

21  Q. You walked down to the corner and then

22 turned down DeKalb Avenue?

23  A. Yes.

24  Q. And DeKalb Avenue where it meets Center

1    Cross becomes Route 23; is that correct?

2        A.  That's correct.

3        Q.  So the state highway would have turned to

4    the right off of Center Cross onto DeKalb Avenue,

5    the same direction you walked?

6        A.  That's correct.

7        Q.  Did you look for cars on DeKalb Avenue at

8    that time?

9        A.  I did not at any time specifically look for

10   cars.

11       Q.  So it's fair to say you don't have any

12   recollection of what the traffic was that evening?

13       A.  Other than noticing a police car at one

14   point.

15       Q.  Correct.  And you said that was on Fair

16   Street?

17       A.  That would have been on Fair Street.

18       Q.  I'm sorry, sir.  The squad car that you did

19   see on Fair Street, I assume that was a marked squad

20   car because you noticed it was a police car?

21       A.  Yes.

22       Q.  Was it going north?  Was it going south on

23   Fair Street?

24       A.  It was going north on Fair Street.

Plaintiff 004173

1      Q.  So it had turned onto Fair Street from

2  DeKalb Avenue?

3      A.  From DeKalb Avenue.  I do not know from

4  which direction on DeKalb Avenue.

5      Q.  So you didn't see it turn on to Fair Street?

6      A.  I did not.

7      MR. CARLSON:  Nothing further, Your Honor.

8      THE COURT:  Thank you.

9      At this time I'll invite the State do you have

10  any redirect?

11      MR. ESCARCIDA:  Yes, Judge.

12      Judge, may I have the witness step down?

13      THE COURT:  Sure.

14

15                  REDIRECT EXAMINATION

16

17  BY MR. ESCARCIDA:

18      Q.  Mr. Ridulph, I'd like you to -- now, counsel

19  asked you some questions regarding where the

20  Tessiers lived.  Do you recall those questions?

21      A.  Yes.

22      Q.  Can you take this blue pen and just circle

23  the house and draw an arrow out to the street of

24  where the Tessiers lived and just put a T next to

1 that?

2  A. (Indicating.)

3  Q. And just so the Court record is clear,

4 you've just pointed to the second house from the

5 corner there?

6  A. Yes.

7  Q. At?

8  A. Second house north of Roosevelt Court.

9  MR. ESCARCIDA: Thank you. That's all I have

10 for the witness, Judge.

11  THE COURT: Thank you.

12  Recross?

13  MR. McCULLOCH: Nothing based on that, Judge.

14  THE COURT: All right. Thank you, sir. You may

15 step down.

16  MR. ESCARCIDA: Judge, the State would ask to

17 admit People's Exhibit No. 7, People's 5, 6 and

18 People's 80 into evidence.

19  THE COURT: 5, 6, 7 and 80?

20  MR. ESCARCIDA: Correct, Judge.

21  THE COURT: Now with the motion to exclude

22 witnesses, does the --

23  MR. ESCARCIDA: We'd like to if we can address

24 the Court on that issue. Thank you.