$5_{\Lambda\Delta} - 10\, 2\Gamma$

# ILLINOIS STATE POLICE
## Investigative Report

| File No. | Reporting Date(s) | Reporting Agent(s) | | | ID # | Lead |
|---|---|---|---|---|---|---|
| 08-17982 EL | 11-13-09 | Hanley / Damasky | | | 4920 / 3596 | |

| Title | Case Agent | ID# | Office | Typed By | Date |
|---|---|---|---|---|---|
| John S. Tessier | Hanley | #4920 | Zone 1 / Elgin | bjh | 11-17-09 |

Purpose:

To document the interview of Jeanne Tessier.

This investigative report documents the November 13, 2009, interview of Jeanne Tessier (Jeanne). The interview is to ascertain what information Jeanne has reference the abduction and murder of Maria Ridolph. On Thursday, October 2, 2008, Illinois State Police, Zone 1 Investigations, at the request of Jan Tessier reopened a fifty (50) year old cold case abduction / murder that originated from Sycamore, IL. The case is being reopened due to information that JOHN S. TESSIER (JOHN)(M/W, DOB : ▮▮▮-39) is the alleged subject who abducted and murdered Maria.

The following is not verbatim of the interview of Jeanne :

On November 13, 2009, at approximately 11:00 A.M. Reporting Agent (R/A) B. Hanley and Special Agent (S/A) T. Damasky met with Jeanne at the Hampton Inn : 1st Ave. W. Louisville, Kentucky. Jeanne was interview alone.

Jeanne explained the TESSIER family tree to R/A B. Hanley and S/A T. Damasky. Jeanne added her mother and father were Eileen and Ralph Tessier. Jeanne added further that Ralph was not the birth father to JOHN. Jeanne stated she had 6 siblings : JOHN TESSIER, Kathy Caulfield, Robert Tessier, Jan Tessier, Mary Hunt and Nancy Tessier (who is mentally handicapped).

Jeanne related that Eileen left Belfast Ireland at age 16 and enlisted in the British Army Corp. For women. Jeanne added while Eileen was in the British Army Corp. For women she worked for search light out of Hemmle Hamsted which is just outside of London. Jeanne stated that Eileen was allegedly married to Samuel Cherry and gave birth to JOHN. Jeanne related Eileen never discussed her husband to any extent with her. Jeanne suspects Eileen may never have been married due to no photographs or discussion of Eileen's husband. Jeanne remembers Eileen told her that Eileen's father was Samuel McCollough.

Jeanne stated she remembers constant conflict between Ralph and JOHN. JOHN and Ralph never could seem to agree or get along. Jeanne related that Ralph hated JOHN and the feeling was mutual. Jeanne added she would remember Ralph physically beat JOHN anytime he was caught doing

Dissemination:

# EXHIBIT 9

This document contains neither recommendations nor conclusions of the Illinois State Police.

*5ᴏ̄ᴏ̄ - 1026*

ILLINOIS STATE POLICE
Investigative Report
(cont'd)

08-17982 EL
08-13-09
Hanley #4920
Page of 6

something wrong. Jeanne added further that Eileen would defend JOHN and try to defuse the situation with Ralph no matter what type of trouble JOHN caused. Jeanne stated as she became older she remembers JOHN always getting into fights at school and being delinquent. Jeanne related JOHN completes the 8th grade at St. Mary's Catholic School in 1954 and attends Sycamore High School. Jeanne stated JOHN continued to have numerous problems with school authorities. Jeanne added JOHN was eventually expelled from Sycamore High School for punching his English teacher during his junior year. JOHN never completed high school.

Jeanne stated JOHN is manipulative, controlling, cruel and always convincing his siblings and the kids in the neighborhood to do what he wanted them to do. Jeanne remembers one day, her and kids in the neighborhood were playing and JOHN approached everyone. Jeanne stated JOHN convinced all of the kids to play "mumble peg". Jeanne added mumble peg was a game that someone would lay on the ground and a person would throw a knife and try to get the knife to stick in the ground as close to the person lying on the ground without hitting them. Jeanne stated JOHN would always be the one throwing the knife.

Jeanne reiterated JOHN continued to always get into trouble at home. Jeanne stated Eileen would try to always defend or cover up for JOHN and Jeanne could not understand why. Jeanne related after JOHN had been expelled from school he did not get a job. Kathy added JOHN would hang around with his friends, work on their cars which JOHN had a vehicle (1949 or 1950 Model) since he was 16 yrs. old and get into trouble. Jeanne related JOHN was never home.

Jeanne related on numerous occasions JOHN sexually assaulted her. Jeanne added Toni's mother informed her that JOHN sexually assaulted Toni and almost lost her friendship with Eileen because of the sexual assault. Jeanne remembers one day JOHN took her to the elementary school and proceeded to go behind tall bushes and sexually assaulted Jeanne. Jeanne added JOHN made a habit of sexually assaulting her behind the bushes in the future. Jeanne stated JOHN took other neighborhood girls behind the said bushes and sexually assault them as well. Jeanne added she has first hand knowledge of this because JOHN would take her with to be his "look out". Jeanne related JOHN would only sexually assault girls never boys.

Jeanne stated she could remember JOHN had two girlfriends that she remembered : Juanita Kester and Janet or Janice Edwards. Jeanne related that when she was 4 JOHN brought a friend (Dave Fredericks) to the Tessier home. Jeanne added JOHN forced Jeanne to strip naked and show Dave her private parts. Jeanne stated Eileen walked in the room and Jeanne immediately ran out. Eileen took the two boys (JOHN, Dave) and talked to them and sent them outside. Jeanne stated Eileen never mentioned that incident ever again and Jeanne added that was another example of Eileen covering for JOHN.

Jeanne related she was sexually assaulted by JOHN when ever opportunity presented itself. Jeanne added she truly believes that JOHN has a sexual obsession and problem. Jeanne stated Ralph also sexually assaulted Jeanne. Jeanne added Ralph started assaulting, touching her private parts at a very young age. Jeanne related that around age 7 Ralph started penetrating her with his penis. Jeanne stated at the age of 10 she witnessed Ralph touching Jan in an inappropriate way when Jan was very young. Jeanne added she has never informed Jan of this and does not plan on ENWP0001040

$500 - 1027$

ILLINOIS STATE POLICE
Investigative Report
(cont'd)

08-17982 EL
08-13-09
Hanley #4920
Page  of 6

she thought JOHN may have received a ride from a friend or took a bus to enlist since she thought his car had a flat tire. Jeanne stated she remembers the whole neighborhood being chaotic. Jeanne added Ralph received a telephone call from the owner of the general hardware store asking him to open the store, take all the flashlights and batteries and give them to the citizens and police that are participating in the search for Ridolph.

Jeanne related while she was home during the whole night of December 3, 1957 she vividly remembers JOHN not to be home. Jeanne stated JOHN was not at the Tessier home the whole day and that she believes he did not participate in the search of Ridolph because he was no where to be found. Jeanne related she remembers Eileen and Ralph leaving the Tessier residence on said night to participate in the search and to make sandwiches and coffee for the search party. Jeanne added the back door of the Tessier home was unable to be locked, so Ralph put a 2 x 4 in the back door so you could not open it from the outside. Jeanne further added Ralph instructed Kathy and Jean that one of them has to sleep on the couch downstairs to let them back in the house when Ralph and Eileen get home. Jeanne stated she volunteered to sleep on the couch. Jeanne added Ralph and Eileen left and she locked the front door behind them.

Jeanne stated at approximately 3 A.M. or 4 A.M. Ralph and Eileen came home and she let them in the house. Jeanne related JOHN was not home nor did he come home since he had no way to get in the residence but for her to let him in. Jeanne added JOHN did not come home for at least 3 to 4 days after Maria's disappearance. Jeanne stated she remembers the FBI and the Sycamore Police Department come to the Tessier residence and Eileen specifically tell them that JOHN was home all night. Jeanne related she could not believe she heard Eileen lie straight to the police and the F.B.I. about JOHN's whereabouts. Jeanne believes the police nor the F.B.I. really investigated JOHN because he was leaving town and Ralph was best friends with the Sycamore Police Chief. Jeanne stated she did not know of JOHN's whereabout the whole day or evening of December 3, 1957 but was certain he was not home.

Jeanne added that JOHN and all his friends (unsure of any names) had vehicle and knew the area as well as the Jo Davies County area because all they did was work on their cars, drive around everywhere and cause trouble. Jeanne stated that JOHN was capable of driving or being driven to the Jo Davies County area as well. Jeanne added JOHN was never home and did not play or hang around the Tessier home. Jeanne Further stated Maria Ridolph nor Cathy Sigman (the girl playing with Ridolph the evening Ridolph came missing) would have known JOHN since he was never around. Jeanne related she would often play with Ridolph and Sigman but neither one came to play at the Tessier home because it was to small there was no room to play inside.

Dissemination:

This document contains neither recommendations nor conclusions of the Illinois State Police.

4no - 1028

○ **ILLINOIS STATE POLICE**
Investigative Report
(cont'd)

08-17982 EL
08-13-09
Hanley #4920
Page  of 6

Jeanne related that the police came to the Tessier Home and asked if they had a child named JOHN or "Johnny". Ralph and Eileen stated yes we do but JOHN was home with the family the whole night of December 3, 1957.

Jeanne stated that when she heard the description that Sigman gave of the male that took Ridolph, Jeanne was surprised. Jeanne related that the description given by Sigman were characteristics of her brother JOHN. Jeanne added JOHN was often called "Johnny" by his mother Eileen. Jeanne related further that at that time JOHN had sandy blonde wavy hair, 5'10" and owned a multi-colored crew neck sweater that Eileen knitted. Jeanne never saw the multi-colored sweater ever again. Jeanne further mentioned that JOHN could have drawn on his hands being that he was a talented artist and drew on everything and that Sigman may have mistaken the art as a tattoo. Jeanne related that JOHN would always play or touch his hair.

Jeanne related JOHN informed Ralph and Eileen that he met a Japanese woman ( Aiko Oashi) and asks Eileen to send him the ring Eileen's mother gave her, to give to this Japanese woman as an engagement ring. Jeanne surprising to her Eileen sent the ring to JOHN. Jeanne added JOHN came home from the military. Jeanne further stated JOHN was not in Sycamore very long Approximately six (6) months because he did not get a job. Jeanne added JOHN enlisted in the Army since they would credit JOHN's time served in the Air Force.

Jeanne related she remembers when she was approximately 14 JOHN was home from the military, pulls up to the Tessier residence in a very nice convertible. Jeanne asked JOHN to give her a ride in the car. JOHN agrees to give Jeanne a ride and takes her to his house where he was currently living. JOHN takes Jeanne into his bedroom at his house and starts sexually assaulting her. While JOHN was penetrating Jeanne two of JOHN's friends barged in the bedroom. JOHN immediately stopped sexually assaulting Jeanne and got off her. Jeanne added JOHN introduced her to his two friends and said if they wanted to have sex with her to go ahead. Jeanne added both boys sexually assaulted her.

Jeanne stated approximately 1967 JOHN approached her and gave her a book written by John Foles "The Collector" and told Jeanne "That was the best book I ever read". Jeanne related she read the book out of curiosity and was very disturbed by the book. Jeanne added she gave the book to Eileen to read which she did but never said anything to Jeanne reference it.

JOHN had two children Christine and Sean. Jeanne also added that JOHN's daughter (Christine Tessier) that has been missing and still has not been found since 2005 from San Antonio, Texas. Jeanne added JOHN also has a son named Sean Tessier (Sean) who resides in Washington.

Jeanne related that when Eileen traveled to Washington to attend the wedding for JOHN and Denise, JOHN brought out a shoe box filled with earrings. Jeanne stated Eileen explained that she found the earrings to be extremely odd since there were no matching pairs contained in the whole box. Jeanne further related that Eileen informed her she was very disturbed by the earrings and that Eileen was very uncomfortable being around JOHN. Jeanne added she was sure Eileen threw the box of earrings in the garbage.

EWP001042

Jeanne related that JOHN had a photography business. Jeanne explained JOHN's business seemed

$\leq \Omega \circ - 1029$

○ **ILLINOIS STATE POLICE**
  Investigative Report
  (cont'd)

08-17982 EL
08-13-09
Hanley #4920
Page  of 6

Jeanne added JOHN became a police officer in Washington. Jeanne further stated Eileen explained to Jeanne that JOHN was fired from the police force for allowing two (2) runaway girls to live with him and allegedly sexually abused them. Jeanne further added Eileen again defended JOHN and presented him as the victim. Jeanne related she was not shocked by any means because of her past with JOHN and that "he is an evil evil person".

Jeanne stated Eileen informed her that when Eileen was visiting JOHN in Washington she was preparing to leave, Christine cried and begged Eileen not to leave or to take her with. Jeanne felt that Christine was deathly afraid of JOHN and was a victim of sexual assault as well.

Jeanne added she spoke with Bob approximately a month or two ago and he informed her that he received a telephone call from Sean. Sean informed Bob that JOHN told him that he thinks Christine is still alive. Jeanne, Bob and Sean feel that was a very bizarre comment from JOHN especially out of the blue.

○ Jeanne stated Eileen sat down and spoke to her. Jeanne added Eileen explained to Jeanne why she did nothing about her being sexually assaulted by JOHN and Ralph. The reason Eileen gave is because Eileen was sexually assaulted at a young age and she thought it was normal and "a way of life". Jeanne also provided photographs of JOHN (young and current photos) (Attachment #1) The photographs will be attached to this investigative report and will be held in the case file.

Jeanne stated some time in 1993 she went to visit Eileen. Eileen showed Jeanne a photograph of a recent picture of JOHN. Jeanne added Eileen demanded Jeanne take the photograph because she does not want to see it. Jeanne further added Eileen stated JOHN looks exactly like her father who is an evil man and she wanted nothing to do with the photo. The interview was then concluded.

**Attachment #1 :** Photographs acquired from Jeanne Tessier of JOHN TESSIER consisting of twelve (12) pages.

---

Dissemination:

○

---

This document contains neither recommendations nor conclusions of the Illinois State Police.

EWP001043

600 - 1030

**ILLINOIS STATE POLICE**
Investigative Report
(cont'd)

08-17982 EL
08-13-09
Hanley #4920
Page   of  6

## PHYSICAL DESCRIPTION :

Name:                    JOHN S. TESSIER
DOB:                     ▮▮39
Sex / Race:              Male / White
Hgt / Wgt:              5'11" / 185
Hair / Eyes:            Grey / Blue
Address:               ▮▮▮▮▮▮▮▮▮▮
                       Seattle, Washington
DL#:                   ▮▮▮▮▮▮(WA)
SSN :                  ▮▮▮▮▮▮

EWP001044