```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                       WESTERN DIVISION

 JACK D. McCULLOUGH,             )
                                 )
             Plaintiff,          )
                                 )
          vs.                    )    No. 17 CV 50116
                                 )
 ILLINOIS STATE POLICE           )
 AGENT BRION HANLEY, et          )
 al.,                            )
                                 )
             Defendants.         )

         The deposition of ROBERT P. CARLSON,
taken pursuant to the Federal Rules of Civil
Procedure, before Leanna Z. Michas, Certified
Shorthand Reporter No. 084-004748, at 200 North
Main Street, Sycamore, Illinois, on Monday,
February 4, 2019, commencing at 10:08 a.m.,
pursuant to subpoena.


     APPEARANCES:

          LOEVY & LOEVY, by
          MR. RUSSELL R. AINSWORTH
          (312 North May Street, Suite 100
           Chicago, Illinois  60607
           312.243.5900
           russell@loevy.com)
             appeared on behalf of the plaintiff;
```

EXHIBIT 51

1  picked out Jack McCullough from that photo array?
2       A.    I --
3       Q.    Is that correct?
4       A.    I do recall that.
5       Q.    Okay. And you received a copy of that
6  photo array, correct? It --
7       A.    Our office did, yes.
8       Q.    Yeah.
9             And you reviewed that photo array,
10 correct?
11      A.    I've seen it, yes.
12      Q.    Okay. You didn't file a motion to
13 suppress Kathy Sigman's identification of Jack
14 McCullough from that photo array; is that correct?
15      A.    I did not, no.
16      Q.    Okay. And Mr. McCulloch did not either;
17 is that correct?
18      A.    I don't recall that he did.
19      Q.    Okay. Have you, in your career as a
20 defense attorney, ever filed a motion to suppress
21 an identification?
22      A.    Yes.
23      Q.    Have you ever, in your career, filed a
24 motion to suppress an identification on the grounds