**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| JACK D. McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:17 cv 50116 |
| v. ) | |
| ) | Judge John J. Tharp, Jr. |
| ILLINOIS STATE POLICE AGENT ) | |
| BRION HANLEY, et al., ) | Magistrate Judge Iain D. Johnston |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS CLAIMS AGAINST SEATTLE DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Jack D. McCullough, and Defendants City of Seattle, Cloyd Steiger, Michael Ciesynski, and Irene Lau (hereinafter collectively "Seattle Defendants"), by their respective attorneys of record, that this matter has been settled as to claims against Seattle Defendants pursuant to the Release and Settlement Agreement executed by Plaintiff and the City of Seattle and, therefore, the claims against Seattle Defendants should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 60 days from entry of this Court's order, unless a party has moved to extend this date prior to the expiration of the 60 days.

Dated: May 1, 2020

/s/ Russell R. Ainsworth
Russell R. Ainsworth
Attorney for Plaintiff, Jack D. McCullough
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607

/s/ Daniel M. Noland
Daniel M. Noland
Attorney for Defendants, City of Seattle, Cloyd Steiger, Michael Ciesynski, and Irene Lau
Reiter Burns LLP
311 South Wacker Drive, Suite 5200
Chicago, Illinois 60606

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISON

| | | |
|---|---|---|
| JACK D. McCULLOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:17-cv-50116 |
| | ) | |
| ILLINOIS STATE POLICE AGENT BRION HANLEY, et al., | ) | Honorable John J. Tharp, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |

### Certification of Destruction of Confidential Documents Produced by Defendant City of Seattle

I, Ethan Woodward, paralegal at Loevy & Loevy, hereby certify that I have searched all documents produced by Defendant City of Seattle in the above-captioned matter. I further certify that all confidential materials produced by Defendant City of Seattle have been destroyed.

Dated: April 29, 2020

                          By: /s/ Ethan Woodward
                              Ethan Woodward, paralegal

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2020, I filed the foregoing Stipulation to Dismiss Claims Against Seattle Defendants, with the Clerk of the Court, which notification of the filing will be emailed on the same day to all counsel of record:

***Attorneys for Plaintiff***
Jon Loevy
Russell Ainsworth
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
jon@loevy.com
russell@loevy.com
ruth@loevy.com

***Attorneys for Defendants Clay Campbell, Victor Escarcida, Julie Trevarthen, William Engerman, and County of DeKalb, Illinois***
Terry Ekl
Patrick Provenzale
Tracy L. Stanker
Nemura G. Pencyla
Ekl, Williams & Provenzale LLC
901 Warrenville Rd., #175
Lisle, IL 60532
630-654-0045
tekl@eklwilliams.com
pprovenzale@eklwilliams.com
tstanker@eklwilliams.com
npencyla@eklwilliams.com

***Attorneys for Defendants The City of Seattle, Irene Lau, Cloyd Steiger, and Michael Ciesynski***
Ghazal Sharifi
Kerala Cowart
Seattle City Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA 98104
206-233-2158
ghazal.sharifi@seattle.gov
kerala.cowart@seattle.gov

***Attorneys for Defendants Brion Hanley, Daniel P. Smith, Todd Damasky, Larry Kot***
Michael T. Dierkes
Sarah H. Newman
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
312-814-3672
312-814-5484 (Horvat)
mdierkes@atg.state.il.us
snewman@atg.state.il.us

/s/ Daniel M. Noland